**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**STEPHANIE LIU,**

**Plaintiff,** **Cause No. 2:24-cv-1269**

**v.**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

# NOTICE OF REMOVAL

Defendant Las Cruces Public Schools, by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby provides notice of removal of a civil action filed in the Third Judicial District Court for the State of New Mexico, Cause No. D-307-CV-2024-01149, and in support, states the following:

On May 14, 2024, Plaintiff filed a civil action for damages against the named Defendant in the Third Judicial District Court for the State of New Mexico. On December 13, 2024, Plaintiff filed an Amended Complaint against the named Defendant in the Third Judicial District Court for the State of New Mexico. Plaintiff's Amended Complaint alleges violation of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e-2000e-17 (as amended), violation of the New Mexico Human Rights Act, and criminal fraud.

According to 28 U.S.C. Section 1331, federal district courts have original jurisdiction of civil actions arising under the Constitution, laws, or treaties of the United States. According to 28 U.S.C. Section 1441(a), a civil action brought in state court over which a federal district court has original jurisdiction may be removed to the federal district court. Plaintiff's Amended Complaint has raised a federal question by alleging violation of Title VII of the Civil Rights Act. Therefore, this Court has original jurisdiction and removal is proper.

Pursuant to 28 U.S.C. Section 1446(a) and this Court's local rules, Defendant has attached copies of all pleadings filed in the state action, which include the Complaint as Exhibit 1 [Doc. 1-1], the Notice to State District Court of Removal to Federal Court as Exhibit 2 [Doc. 1-2], copies of all pleadings filed in the state actions as Exhibit 3 [Doc. 1-3], the Third Judicial District Court Docket as Exhibit 4 [Doc. 1-4], and the Civil Cover Sheet as Exhibit 5 [Doc. 1-5].

WHEREFORE, Defendant respectfully requests this case be removed in its entirety from New Mexico's Third Judicial District to this Court for adjudication.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of December 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

______________________________
BLAINE T. MYNATT
ALAN J. DAHL