FILED IN
DEC 13 2024 9:03am
DISTRICT COURT,
DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, **Plaintiff,**
*(print first, middle and last name)*

**v.**

**Case No.** D-307-CV-2024-1149
**Judge:** Casey Fitch

Las Cruces Public Schools, **Defendant.**
*(print first, middle and last name)*

# Amended CIVIL COMPLAINT

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $____________ and also claims interest and court costs.

3. Plaintiff claims from Defendant personal property of the value of $____________, which is described as follows:
N/A

4. Plaintiff seeks the following additional relief:

5. Plaintiff's claim arises from the following event or transaction:
Please see attached: • Discrimination in violation of: Title VII of the Civil Rights Act 1964 and the New Mexico Human Rights Act: sex & spousal affiliation
• Workplace Fraud Section 30-16-6: Legal Misrepresentation

6. Trial by jury ☒ IS ☐ IS NOT demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*

Respectfully submitted,

(SIGN YOUR NAME) Stephanie Liu
(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437
**(Email Address)** stephaniehanusaliu@gmail.com

Xc)

**EXHIBIT 1**

# VERIFICATION

STATE OF NEW MEXICO }
} ss
COUNTY OF DONA ANA }

I Stephanie Lynn Liu, being first duly sworn upon my oath, depose and state that I am the PLAINTIFF in the above-entitled cause. I state that the contents of this COMPLAINT are true and correct, except to the matters stated on information and belief, and those matters I believe to be true.

Stephanie Liu
*(SIGN YOUR NAME)*

Stephanie Liu
*(PRINT YOUR NAME)*

SUBSCRIBED AND SWORN to before me on this 13 day of December, 20 24, by: Stephanie Liu, Petitioner.

STATE OF NEW MEXICO
NOTARY PUBLIC
ELSA GOMEZ
COMMISSION # 1049784
EXPIRES APRIL 27, 2025

EGomez
Notary public or other officer authorized to administer oaths

Notary
Title

My commission expires: ☐ Indefinite ☒ Date 4-27-2025

New Mexico Dept of Workforce Solutions, Human Rights Bureau and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Stephanie Liu | (505) 358-5437 | 1985 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5190 Granite Street | Las Cruces, NM 88012 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Las Cruces Public Schools | 500+ | (575) 527-5800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 505 S. Main Street, Ste. 249 | Las Cruces, NM 88001 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION

[X] OTHER Spousal Affiliation

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 01/01/2024 | 7/17/2024 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

STATEMENT OF HARM: I was employed as a music tutor beginning on 10/01/2023. I engaged in a workplace affair with another teacher. When my husband, Chief Financial Officer, Chenyu "Alex" Liu, found about the affair, he used Las Cruces Public School's paralegal to draft his divorce documents, misusing school system resources. When he was investigated, he was not disciplined for fraud. I was terminated on 5/07/2024. The male with whom I had an affair was allowed to work out his contract, while I was terminated immediately. Additionally, I was not selected for a substitute position on 7/17/2024.

STATEMENT OF DISCRIMINATION: I believe I was discriminated against on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, and the New Mexico Human Rights Act, both as amended. I believe I was discriminated against on the basis of spousal affiliation in violation of the New Mexico Human Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

In New Mexico, the law most likely to be broken in case of workplace fraud is "Fraud" under NMSA 1978, Section 30-16-6 which defines fraudulent conduct as taking something of value from another person using deceptive practices or representations, with the severity of the crime depending on the value of the item taken; this can be considered a felony depending on the circumstances.

## Key points about this law:

### Intent to deceive:

To be considered fraud, the action must be done with the intent to cheat and defraud.

### Scope of fraud:

This statute covers a wide range of fraudulent activities in the workplace, including misrepresenting facts, creating false documents, or embezzling company funds.

## Other relevant New Mexico laws that might apply in specific workplace fraud scenarios:

### New Mexico False Claims Act:

If the fraud involves submitting false claims to the government, this law could be implicated.

### Deceptive Trade Practices Act:

If the fraudulent activity is directed towards customers or involves misleading advertising, this law could be relevant.

### Whistleblower Protection Laws:

If an employee reports fraudulent activity in the workplace and faces retaliation, they may have legal recourse under whistleblower protection laws.