**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT**

Defendant Las Cruces Public Schools, by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby gives notice that the above-captioned matter has been removed to the United States District Court for the District of New Mexico. A copy of the Notice of Removal filed with the United States District Court is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal effects the removal of this action and in accordance with that statute, this Court may take no further action unless and until this case is remanded.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**EXHIBIT 2**

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of December 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL