FILED IN
MAY 14 2024
10:30am
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT COURT

Stephanie Lynn Liu, Plaintiff,
*(print first, middle and last name)*

v.

Case No. CV-2024-1149
Judge: Arrieta

Las Cruces Public School, Defendant.
*(print first, middle and last name)*

# CIVIL COMPLAINT

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $ TBD and also claims interest and court costs.

3. Plaintiff claims from Defendant personal property of the value of $ N/A, which is described as follows:

4. Plaintiff seeks the following additional relief:
compensation for emotional distress associated with gender discrimination.

5. Plaintiff's claim arises from the following event or transaction:
I and another LCPS employee engaged in behaviors, where I was terminated, but the male employee still has his job.

6. Trial by jury ☒ IS ☐ IS NOT demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*
Raul Escobedo

Respectfully submitted,

(SIGN YOUR NAME) Stephanie Liu
(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437
**(Email Address)** stephaniehanusaliu@gmail.com

*Third Judicial District Court (rev. 09/06/2019*

**EXHIBIT 3**

## VERIFICATION

STATE OF NEW MEXICO }
} ss
COUNTY OF DONA ANA }

I Stephanie Liu, being first duly sworn upon my oath, depose and state that I am the PLAINTIFF in the above-entitled cause. I state that the contents of this COMPLAINT are true and correct, except to the matters stated on information and belief, and those matters I believe to be true.

Stephanie Liu
(SIGN YOUR NAME)

Stephanie Liu
(PRINT YOUR NAME)

SUBSCRIBED AND SWORN to before me on this 14th day of May, 2024, by:

Stephanie Liu, Petitioner.

Jolene Miller
Notary public or other officer authorized to administer oaths

Paralegal
Title

My commission expires: ☑ Indefinite ☐ Date ____________

LAS CRUCES PUBLIC SCHOOLS

BOARD OF EDUCATION

Teresa Tenorio, President

Pamela Cort, Vice President

Robert Wofford, Secretary

Carol Cooper, Member

Patrick Nolan, Member

Ignacio Ruíz
Superintendent

❖

OUR MISSION

The Las Cruces Public Schools provides an equitable student-centered learning environment that cultivates civic engagement, promotes excellence, and celebrates diversity.

505 S. Main St., Suite 249
Las Cruces, NM 88001
575.527.5800
www.lcps.net

***Confidential: Via Hand Delivery***

May 7, 2024

Dear Ms. Liu (Hanusa):

I am writing to inform you that the investigation regarding Mr. Escobedo has concluded. As you know, on February 29, 2024, allegations were brought forth by you that Mr. Escobedo was in possession of marijuana while driving to an LCPS-funded conference in Texas in a school vehicle from February 6-10, 2024.

A thorough investigation was conducted by me. The allegations were taken very seriously. Interviews were conducted and/or statements were gathered from you, the respondant (Mr. Escodedo), and several staff witnesses. The standard of evidence to determine responsibility during the investigation was the preponderance of evidence standard. Based on the evidence gathered, the allegations were substantiated. Furthermore, we have kept the results of investigation impartial and objective.

To protect the privacy of everyone involved, we have taken steps to handle this matter in confidence. We expect you to treat the information contained in this letter in the same manner.

Sincerely,

Jesse Pareo
Director of Human Resources

LAS CRUCES PUBLIC SCHOOLS

BOARD OF EDUCATION

Teresa Tenorio, President

Pamela Cort, Vice President

Robert Wofford, Secretary

Carol Cooper, Member

Patrick Nolan, Member

Ignacio Ruíz
Superintendent

❖

OUR MISSION

The Las Cruces Public Schools provides an equitable student-centered learning environment that cultivates civic engagement, promotes excellence, and celebrates diversity.

505 S. Main St., Suite 249
Las Cruces, NM 88001
575.527.5800
www.lcps.net

*Confidential: Via Hand Delivery*

May 7, 2024

Dear Ms. Liu (Hanusa):

I am writing to inform you that the investigation regarding Mr. Escobedo has concluded. As you know, on April 12, 2024, allegations were brought forth that Mr. Escobedo harassed you and that you and him had sex, which was mutual and not forced, in his office at Las Cruces High School.

A thorough investigation was conducted by me. The allegations were taken very seriously. Interviews were conducted and/or statements were gathered from you, the respondant (Mr. Escodedo), and several staff witnesses. The standard of evidence to determine responsibility during the investigation was the preponderance of evidence standard. Furthermore, we have kept the results of investigation impartial and objective.

The findings from the investigation are summarized below:

Based on all the evidence gathered, the overall allegation that Mr. Escodedo harassed you could not be substantiated.

Based on the evidence gathered, the allegation that you asked him to stop messaging you and he did not was inconclusive.

Based on the evidence gathered, the allegation that he "demanded his wife" contact you could not be substantiated.

Based on the evidence gathered, the allegation that Mr. Escobedo was insistent on going to your middle school, which resulted in you unemployment with the middle school could not be substantiated.

Based on the evidence gathered, the allegation that Mr. Escobedo "demanded his wife" contact you could not be substantiated.

Based on the evidence gathered, the allegation that Mr. Escobedo "put a friend up to harassing you" could not be substantiated.

What was substantiated was that Mr. Escobedo and you engaged inappropriate physical activity that was sexual in nature in his office on school grounds.

To protect the privacy of everyone involved, we have taken steps to handle this matter in confidence. We expect you to treat the information contained in this letter in the same manner.

Sincerely,

Jesse Pareo
Director of Human Resources

LAS CRUCES PUBLIC SCHOOLS

BOARD OF EDUCATION

Teresa Tenorio, President

Pamela Cort, Vice President

Robert Wofford, Secretary

Ed Frank, Member

Patrick Nolan, Member

Ignacio Ruiz Superintendent

OUR MISSION

The Las Cruces Public Schools provides an equitable student-centered learning environment that cultivates civic engagement, promotes excellence, and celebrates diversity.

505 S. Main St., Suite 249
Las Cruces, NM 88001
575.527.5800
www.lcps.net

***VIA HAND DELIVERY***

May 7, 2024

Ms. Liu (Hanusa):

I am writing to inform you that, after careful consideration, a decision has been made to terminate your employment as a temporary employee with Las Cruces Public Schools, effective immediately. If you prefer to resign from your employment with LCPS prior to termination, you may notify by submitting a written resignation. This decision has been reached after careful consideration of the circumstances leading to this action.

Specifically, the following behavioral concerns have contributed to this decision:

**A Letter of Reprimand issued April 3, 2024, which addressed concerns with you harassing another employee.**

This substantiated behavior is in violation of LCPS Regulation GAB: Code of Ethics/Standards of Conduct, which states employees shall not "creat[e] an intimidating, hostile, or offensive work/school environment."

**It has been substantiated that you engaged in inappropriate physical activity that was sexual in nature with another employee in his office on school grounds.**

This substantiated behavior is in violation of **Regulation GAB: Code of Ethics/Standards of Conduct,** which outlines in Standard II: Duty to the Profession. The education profession has been vested by the public with an awesome trust and responsibility. To live up to that lofty expectation, we must continually engender public confidence in the integrity of our profession and must strive consistently in educating the children of New Mexico, all of whom will one-day shape the future. To satisfy this obligation, we

- shall avoid conduct connected with official duties that is unfair [or] improper.
- shall use educational facilities and property only for educational purposes or purposes for which they are intended consistent with applicable policy, law and regulation.
- shall not engage in inappropriate displays of affection, even with consenting adults, while on school property or during school events off campus.

We appreciate your contributions to Las Cruces Public Schools throughout your tenure as a teacher, and we wish you the best in your future endeavors.
employee

Respectfully,

Jesse Pareo                                        5/7/24
Jesse Pareo                                        Date
Director of Human Resources

Stephanie Liu                                      5/7/24
Employee's Signature                               Date

*Your signature verifies receipt of this letter and may not necessarily indicate that you agree with the contents.*

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT COURT

FILED IN
MAY 14 2024
10:42am
DISTRICT COURT,
DONA ANA COUNTY, NM

STEPHANIE LIU
Plaintiff,

V.

Case No. D-307-CV-2023-1149
Judge:
**Manuel I. Arrieta**

LAS CRUCES PUBLIC SCHOOLS,
Defendant.

# ORDER REQUIRING SCHEDULING REPORTS, A DISCOVERY PLAN, EXPERT WITNESS DISCLOSURE, AND LIMITING STIPULATIONS TO ENLARGE TIME FOR RESPONSIVE PLEADINGS

IT IS SO ORDERED:

A. Plaintiff shall serve a copy of this order on each defendant with the summons and complaint and file a certificate of such service. Parties other than plaintiffs who assert claims against others who have not been served with this order shall serve a copy of this order on those against whom they assert claims with the pleading asserting such claims and shall file a certificate of such service.

B. Within sixty (60) calendar days after the initial pleading is filed, parties of record shall file a scheduling report with copies to opposing parties and the assigned judge. Parties shall confer and are encouraged to file a Joint Scheduling Report, LR3-Form 2.12 NMRA for Track A or LR3-Form 2.13 for Tracks B and C, or, if they cannot agree, file an individual Scheduling Report, LR3-Form 2.13 NMRA. *See* copies of forms attached hereto.

C. Any party who enters an appearance in the case more than sixty (60) calendar days after the filing of the initial pleading shall file a scheduling report within ten (10) business days and deliver a copy to the assigned judge.

D. If all parties are not of record within sixty (60) calendar days of the filing of the initial pleading, the party making claims against the absent parties *(Plaintiff for Defendants, Third-Party Plaintiffs for Third-Party Defendants, etc.)* shall, within five (5) business days after the sixtieth (60th) day, file and serve parties of record and deliver to the assigned judge, a written explanation why the case is not at issue and how much time is needed before the case will be at issue. The notice shall be titled "Delay in Putting the Matter at Issue."

E. Counsel or parties who do not have attorneys may not stipulate to an enlargement of time greater than fourteen (14) calendar days for the filing of a responsive pleading without a motion and order. The motion shall state with particularity the reason(s) an enlargement is in the best interests of the parties. A copy of the motion and stipulation shall be delivered to all parties as well as counsel. The enlargement requested shall be for a specified time.

F. When all parties have been joined and the case is at issue, the parties shall immediately notify in writing the assigned judge and the alternative dispute resolution coordinator.

G. If appropriate, the court will refer this matter to settlement facilitation under Part VI of the Local Rules of the Third Judicial District Court.

H. Within seventy-five (75) calendar days from the date the initial pleading is filed, or fifteen (15) calendar days after the parties alert the Court that the case is at issue, the parties shall either:

(I) stipulate to a discovery plan and file the stipulation with the court, or

(2) request a hearing to establish a discovery plan pursuant to Paragraph F of Rule 1-026 NMRA.

(3) In the absence of a stipulated discovery plan or a timely request from a party for a hearing to establish a discovery plan, the following plan shall go into effect:
Within one hundred (100) calendar days after the initial pleading was filed or fifteen (15) calendar days after a party has entered the suit, whichever is the later date, each party shall provide to all other parties:

a. The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed issues raised by the pleadings, identifying the subjects of the information;

b. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed issues raised by the pleadings;

c. A computation of any category of damages claimed by the disclosing party, providing copies or making available for inspection and copying the documents or other evidentiary materials and medical records and opinions, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

d. For inspection and copying, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;

e. If the medical condition of a party is at issue, such party shall give a medical release authorization to opposing parties. The parties shall confer regarding the nature and extent of the release and stipulate, if possible. If the parties cannot agree, each party shall file a memorandum with a proposed medical release authorization advocating that party's proposed form to the court. A copy of the memorandum and proposed form shall be delivered to the assigned judge. Rule 1-007.1 NIMRA shall apply.

I. Pursuant to Rule 1-026(E) NMRA, parties shall reasonably supplement discovery required in Subparagraphs (3)(a) through (e) of Paragraph Hof this Order.

J. Intent to Call Expert Witness - Disclosure. All parties shall exchange a "Notice of Intent to Call Expert Witness(es)" listing the names, addresses and phone numbers for all anticipated experts, including a brief summary of the subject matter of each witness' testimony. If an expert has not yet been identified by a party, the parties must list the specialized area(s) in which an expert is anticipated to be retained and a brief summary of the areas or issues on which the expert is expected to testify.

With respect to each expert listed, all parties are to observe their continuing duty to timely supplement discovery and shall further abide by the requirements of Section 8 of the attachment to the Rule 16(B) Scheduling Order.

DISTRICT COURT JUDGE

Delivered to Plaintiff on May 14, 2024

Bernice A Ramos
Clerk of the District Court

*DISTRICT COURT* D.C. SEAL DOÑA ANA COUNTY

Deputy – Joe M Martinez

LR3-Form 2.12

Supreme Court Approved
August 6, 2004

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRDJUDICIAL DISTRICT COURT

Plaintiff

vs.

NO.: D-307-CV
Judge:

Defendant

JOINT SCHEDULING REPORT STIPULATING TO TRACK A

Come now all the parties to this case, (by their counsel of record) and stipulate as follows:

1 The court has subject matter and personal jurisdiction, and venue is proper.

2 This case is appropriate for assignment to Track A

3 The parties do not intend to amend the pleadings or file dispositive motions

4 All parties will be ready for trial *by_______________(no more than six (6) months from filing of complaint)*

5 Witness lists will be exchanged and filed forty-five (45) days before trial

6 Discovery limited to interrogatories, requests for production and admission and no more than two (2) depositions perparty.

7 All parties and counsel will either (a) select a facilitator by agreement of the parties, or (b) request the court's ADR coordinator to select a facilitator and will engage in a settlement conference within ninety (90) days from the date of the filing of the complaint. The parties may move for enlargement of time for the settlement conference for good cause shown the parties shall share the facilitator's fee, if any, equally.

8. Exhibits: exchanged at least fifteen (15) days before trial.

This Jury____ 6 ___ 12 non-jury __ ) matter will take_________hours to try.

9. Conflicting court hearings (or other conflicts which show good cause for not setting trial) for two (2) months following the date the matter is ready for trial:

______________________________________________________________

______________________________________________________________

10. Other: ______________________________________________________________

SUBMITTED BY:

Name of party: ______________________________
Attorney: ______________________________
Address: ______________________________
______________________________
Telephone Number ______________________________

Name of party: ______________________________
Attorney: ______________________________
Address: ______________________________
______________________________
Telephone Number ______________________________

CERTIFICATE OF MAILING

I HEREBY CERTIFY that I mailed, delivered or faxed a copy to the assigned judge and each party or each party's attorney on the ______ day of ________________, 20 ________.

______________________________
Signature

LR3-Form 2.13. (________________'s) (Joint) scheduling report.

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT COURT

______________________________, Plaintiff

vs.

NO.: D-307-CV-
Judge:

______________________________, Defendant

(________________'S) (JOINT) SCHEDULING REPORT

1. This case should be assigned to Track ______________.
2. Jurisdiction and Venue: _________Stipulated; _________ Disputed;
   Why: ________________________________________.
3. _________Non Jury; __________ 6-person jury; _________12-person jury.
4. Significant legal issues, if any: ____________________________________________
   ____________________________________________________________.
5. Trial witnesses presently known (defendant's, plaintiff's, etc.): ____________________
   State expert type: ______________________________________________________.
6. Settlement:

________ [I] [We] have sufficient information to evaluate the case.

________ [I] [We] have provided sufficient information for opposing parties to evaluate the case.

________ [I] [We] need the following information from __________ to evaluate the case:
________________________________________________________.

________ [I] [We] need the following discovery to obtain information sufficient to evaluate the case:
________________________________________. Explain why such information cannot be obtained informally without formal discovery:
________________________________________________.

________ [I] [We] have scheduled a settlement conference on ____________, 20____ with ______________________ *(facilitator)* or have requested the court's ADR coordinator to refer to facilitation.

**Or**

________ [I] [We] request that this not be referred to facilitation because:
______________________.

The possibility of settlement is ________ good, ________ fair, ________ poor.

7. Discovery:
[I] [We] estimate it will take ________ months to complete discovery. *(Attach discovery plan if stipulated, or request for setting a discovery conference if wanted.)* If any party requests a discovery conference, answer the following:
The party submitting this scheduling report intends to do the following discovery:
____________________.
*(If this is a joint scheduling report, each party shall answer this question.)*
[Plaintiff] [Defendant] intends to do the following discovery:
________________________________________________________________________________
________________________________________.
8. [I] [We] estimate that trial will take _________ court days to try.
9. Dates counsel will not be available for trial due to the following conflicting court settings *(beginning with the date immediately following the time you estimate discovery will be completed):* __________________
10. Stipulations: ____________________________________________________________.
11. Other:
________________________________________________________________________.

SUBMITTED BY:

Name of party: ______________________________________________
Attorney: ______________________________________________
Address: ______________________________________________
______________________________________________
Telephone Number ______________________________________________

Name of party: ______________________________________________
Attorney: ______________________________________________
Address: ______________________________________________
______________________________________________
Telephone Number ______________________________________________

CERTIFICATE OF MAILING

I HEREBY CERTIFY that I mailed, delivered or faxed a copy to the assigned judge and each party or each party's attorney on the _____ day of _______________, 20 ________.

______________________________________________
Signature

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
6/4/2024 10:55 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Melissa Wood

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.** **Cause No. D-307-CV-2024-1149**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**ENTRY OF APPEARANCE**

MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl) hereby enters their appearance on behalf of Defendants Las Cruces Public Schools in the above captioned cause of action.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of June, 2024, a copy of the foregoing pleading was served on the following via first class mail and electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
6/4/2024 10:55 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Melissa Wood

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.** **Cause No. D-307-CV-2024-1149**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**NOTICE OF PEREMPTORY EXCUSAL**

Defendant LAS CRUCES PUBLIC SCHOOLS, by and through its attorney of record, MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), pursuant to Rule 1-088.1 NMRA, hereby peremptorily excuses the Honorable Manuel I. Arrieta from presiding over this matter.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of June, 2024, a copy of the foregoing pleading was served on the following via first class mail and electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
6/13/2024 2:35 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Rosie Stewart

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.** **Cause No. D-307-CV-2024-01149**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**ANSWER TO CIVIL COMPLAINT**

Defendant Las Cruces Public Schools ("Defendant"), by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby answers Plaintiff's Civil Complaint ("Plaintiff's Complaint") as follows:

1. Defendant admits the cause of action arises from an event in Doña Ana County, as alleged in Paragraph 1 of Plaintiff's Complaint but denies that the Court has jurisdiction over this matter.

2. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and, therefore, denies the same.

3. Defendant admits Plaintiff is not claiming personal property as alleged in Paragraph 3 of Plaintiff's Complaint.

4. Defendant denies the allegations contained in Paragraph 4 and 5 of Plaintiff's Complaint.

5. No response is required to Paragraph 6 of Plaintiff's Complaint, but to the extent a response is required, Defendant denies the same.

6. Any allegations from Plaintiff's Complaint not explicitly admitted above are hereby denied.

**AFFIRMATIVE DEFENSES**

A. Plaintiff has failed to exhaust her administrative remedies as required by the New Mexico Human Rights Act. *See Gormley v. Coca-Cola Enters.*, 2004-NMCA-021, ¶ 11, 135 N.M. 128.

B. This Court lacks jurisdiction to hear this matter due to Plaintiff's failure to exhaust her administrative remedies.

C. Plaintiff has failed to state a claim upon which relief may be granted.

D. Defendant's actions were the result of legitimate business purposes.

E. Defendant reserves the right to raise additional affirmative defenses as they become known during litigation.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of June 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

______________________________
BLAINE T. MYNATT
ALAN J. DAHL

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
7/9/2024 12:06 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Melissa Wood

**STATE OF NEW MEXICO**
**DONA ANA COUNTY**
**THIRD JUDICIAL DISTRICT COURT**

**STEPHANIE L LIU**
**V.**
**LAS CRUCES PUBLIC SCHOOLS** **No. D-307-CV-2024-01149**

## NOTICE OF JUDGE REASSIGNMENT

The above referenced case has been reassigned to the Honorable Casey B. Fitch, District Judge, Third Judicial District. This reassignment is effective 7/9/2024.

*DISTRICT COURT* D.C. SEAL DOÑA ANA COUNTY

Bernice A. Ramos
CLERK OF THE DISTRICT COURT

By: Melissa Wood
MELISSA WOOD
JUDICIAL SPECIALIST 2

## CERTIFICATE OF SERVICE

I, the undersigned Employee of the District Court of Dona Ana County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 7/9/2024.

| | |
|---|---|
| Stephanie L Liu | 5190 Granite Street<br>Las Cruces Nm 88012 |
| Blaine Turner Mynatt | Mynatt Martinez Springer Pc<br>Po Box 2699<br>Las Cruces Nm 88004 |
| Las Cruces Public Schools | |

By: Melissa Wood

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
7/15/2024 3:56 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Rosie Stewart

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.** **Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

# DEFENDANT'S SCHEDULING REPORT

1. This case should be assigned to Track B.

2. Jurisdiction and Venue: Not stipulated.

3. _X____ Non jury; ______ 6 person jury____12 person jury;

4. Significant legal issues, if any: Whether Plaintiff can maintain suit against Las Cruces Public Schools ("LCPS") due to failure to exhaust administrative remedies; Whether Plaintiff was subjected to unlawful discrimination.

5. Trial witnesses presently known to Defendant:

   a. Plaintiff Stephanie Liu
   *Pro Se*
   5190 Granite St.
   Las Cruces, NM 88012
   (505) 358-5437

   It is anticipated Plaintiff will testify concerning the matters alleged in her Complaint.

   b. Jesse Pareo
   LCPS Director of Human Resources
   c/o Blaine T. Mynatt and Alan J. Dahl
   Mynatt Springer P.C.
   P.O. Box 2699

Las Cruces, NM 88004-2699
(575) 524-8812 (575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com

It is anticipated that Mr. Pareo will testify concerning the events surrounding the resignation of the Plaintiff and Raul Escobedo from LCPS, as well as LCPS policy and procedure.

c. Cynthia Donnelly
LCPS Executive Director of Human Resources
c/o Blaine T. Mynatt and Alan J. Dahl
Mynatt Springer P.C.
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812 (575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com

It is anticipated that Ms. Donnelly will testify concerning the events surrounding the resignation of the Plaintiff and Raul Escobedo from LCPS, as well as LCPS policy and procedure.

d. Raul Escobedo
4090 Pacific Loop
Las Cruces, NM 88012
(512) 777-9345

It is anticipated that Mr. Escobedo will testify concerning the events surrounding his resignation from LCPS.

e. Any witnesses identified by Plaintiff;

f. Any witnesses identified through discovery;

g. Any expert witnesses hired by Plaintiff;

h. Treating medical or mental-health providers of Plaintiff; and

i. Defendant reserves its right to identify additional witnesses.

Defendant's Expert Witnesses:

a. No known experts at this time. Defendant reserves the right to call experts necessary to rebut any experts offered by the Plaintiff.

6. Settlement:

The possibility of settlement is _____good, _____ fair, __X___ poor.

7. Discovery: Defendant anticipates it will take 10 months to complete discovery. Defendant intends to propound requests for admissions, interrogatories, and requests for production. Defendant may also depose the Plaintiff, Plaintiff's named witnesses, others to be determined, and any of Plaintiff's experts.

8. We estimate that the parties will need 2 to 4 court days to try this case.

9. Dates counsel will not be available for trial due to the following conflicting court settings:

| | |
|---|---|
| March 5 to April 4, 2025 | Jury Trial |
| May 15, 2025 | Pretrial Conference |
| June 9 to July 11, 2025 | Jury Trial |
| July 31, 2025 | Pretrial Conference |
| August 4 to September 5, 2025 | Jury Trial |
| August 25 to September 26, 2025 | Jury Trial |
| October 6, 2025 | Docket Call |
| October 20 to November 21, 2025 | Jury Trial |

10. Stipulations: None.

Respectfully Submitted:

MYNATT SPRINGER P.C.

_____________________________

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of July 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
7/15/2024 3:56 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Rosie Stewart

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

# DEFENDANT'S NOTICE OF INTENT TO CALL EXPERT WITNESSES

Defendant Las Cruces Public Schools ("Defendant"), by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby gives notice that it may call the following expert witnesses in this matter:

1. Defendant may call an expert in mental health to testify concerning Plaintiff's alleged mental and emotional damages.

2. Defendant reserves the right to name and/or call additional expert witnesses called by the Plaintiff, or in response to the Plaintiff's disclosure of experts, or as may be necessary as a result of matters uncovered in discovery.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of July 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

LR3-Form 2.13. ( Plaintiff 's) (~~Joint~~) scheduling report.

FILED IN
JUL 17 2024 3:22pm
DISTRICT COURT, DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT COURT

Stephanie Lynn Liu, Plaintiff

vs.

NO.: D-307-CV- 2024.1149

Judge: ~~Arrieta~~ reassigned→ Casey B. Fitch

Las Cruces Public School, Defendant

( Plaintiff 'S) (~~JOINT~~) SCHEDULING REPORT

1. This case should be assigned to Track B.
2. Jurisdiction and Venue: ________ Stipulated; X Disputed;
   Why: I believe it's under the jurisdiction of the court system, but the Defendant disagrees.
3. ________ Non Jury; ________ 6-person jury; X 12-person jury.
4. Significant legal issues, if any: Conflict of interest: Defendant says, "administrative remedies." ← See extra page #2
5. Trial witnesses presently known (defendant's, (plaintiff's) etc.): ⓐ Joseph Flores - LCPS Fine Arts Coordinator; supervisor of Raul Escobedo and I
   State expert type: See extra page #3
6. Settlement: X

________ [I] [We] have sufficient information to evaluate the case.

________ [I] [We] have provided sufficient information for opposing parties to evaluate the case.

________ [I] [We] need the following information from ________ to evaluate the case: ________________________________________.

________ [I] [We] need the following discovery to obtain information sufficient to evaluate the case:

________________________________________. Explain why such information cannot be obtained informally without formal discovery:

________________________________________.

________ [I] [We] have scheduled a settlement conference on ____________, 20____ with ________________ *(facilitator)* or have requested the court's ADR coordinator to refer to facilitation.

**Or**

________ [I] [We] request that this not be referred to facilitation because:

________________.

The possibility of settlement is ________ good, ________ fair, X poor.

xc: )

7. Discovery:
(I) [~~We~~] estimate it will take 12 months to complete discovery. *(Attach discovery plan if stipulated, or request for setting a discovery conference if wanted.)* If any party requests a discovery conference, answer the following:
The party submitting this scheduling report intends to do the following discovery: I already have proof but would like witnesses to confirm: I was fired in May 2024, and he was still working.
*(~~If this is a joint scheduling report~~, each party shall answer this question.)*
[Plaintiff] [Defendant] intends to do the following discovery:

8. (I) [~~We~~] estimate that trial will take 5 court days to try.
9. Dates counsel will not be available for trial due to the following conflicting court settings *(beginning with the date immediately following the time you estimate discovery will be completed):* none known
10. Stipulations: none
11. Other: I'll be filing an amendment soon, because Chenyu Liu, LCPS CFO, confessed workplace nepotism and Legal fraud to me, and LCPS didn't ethically investigate it, so it will be added.

SUBMITTED BY:

Name of party: Stephanie Lynn Liu
Attorney: I'm actually: pro se
Address: Would like advancement of attorney fees from LCPS
Telephone Number (505) 358-5437

Name of party:
Attorney:
Address:

Telephone Number

CERTIFICATE OF MAILING

I HEREBY CERTIFY that I ~~mailed, delivered or faxed~~ emailed a copy to the assigned judge and each party or each party's attorney on the 17th day of July, 20 24.

Stephanie Liu
Signature

Extra page #2:

4. My ex-husband, Chenyu Liu, LCPS CFO, leads the administration, and is actively seeking revenge against me for my affair with Raul Escobedo, by trying to steal my children and plot character assassinations in court (see case: D-307-DM-2024-00184), so I highly doubt any "administrative remedies" would be unbiased.

There indeed was discrimination, because I was terminated "effective immediately," where he, Raul Escobedo, had his contract intact for the remainder of the semester. LCPS HR didn't disclose the matter to the LCHS principal. The principal only put him on administrative leave after the truth leaked. His termination wasn't until next semester. Favoritism & gender discrimination

Extra page #3:

5. (b.) Ty Frederick: Band Director @ LCHS (Raul's direct co-worker & superior, previously) jfrederick@lcps.net

(c.) LCHS principal, Brenda Ballard (575) 527-9400

(d.) Stephanie Liu (505) 358-5437 stephaniehanuzaliu@gmail.com

(e.) Jesse Pareo & jpareo@lcps.net

Raul Escobedo: (512) 777-9345 to PROVE the date he was told to: Stop. Working. But? He stated in a court filing, and his lawyer communicated that he's: moving back to Texas. So, no address for him.

(f.) Any witnesses identified through discovery.

(g.) Treating mental health providers of: Raul Escobedo, Jesse Pareo, Cynthia & Donnelly

Extra page #4:

(h.) Any witnesses identified by Defendant.

(i.) Any witnesses identified through discovery.

(j.) Any expert witnesses hired by Defendant.

(k.) Plaintiff reserves its right to identify additional witnesses.

(L.) Plaintiff reserves the right to call experts necessary to rebut any experts offered by the Defendant.

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT COURT

FILED IN
JUL 24 2024
0357 CB
DISTRICT COURT,
DONA ANA COUNTY, NM

Stephanie Lynn Liu
Petitioner,
(Plaintiff)

vs

No: D-307-CV-2024-1149
Judge: Casey B. Fitch

Las Cruces Public School
Respondent,

**MOTION TO FOR** Amend a Standing Lawsuit

1. I am Stephanie Liu (Plaintiff), the (circle one) **PETITIONER** / **RESPONDENT** in this case and state that I am requesting a hearing for the Judge to determine the following issue(s): add the following to my existing lawsuit, as having new discovery and pertinence.

2. As grounds for this motion, I state the following facts, under oath: LCPS CFO, Chenyu Liu, confessed to me in person in February of 2024 that he took out an LCPS-hired legal professional (notably: paralegal) to lunch to draft his personal divorce papers, lying about being pro se on official court documents to trick (coerce) me into sole custody awarded to him, to evade child support (while making $150k/year), thereby traumatizing my kids.

3. The other Party (or their attorney)(circle one):

**AGREES** with this motion

**IS UNAWARE** I am filing this motion.

**DISAGREES** with this motion

**WILL NOT** talk to me about this motion.

XCA-

(Plaintiff)

WHEREFORE, (circle one) PETITIONER / RESPONDENT prays that the Court (summarize what you want the Court to do):

mandate unbiased, ethical full discovery and investigation of such matters by expert, third-party outside professionals, paid for by LCPS, because of my obvious financial disadvantage no money resulting from:

1) Discriminatory termination from LCPS
2) Divorce awarding Chenyu everything
3) Paying for my children half of every week with no child support

Respectfully submitted,

Stephanie Liu
(Your signature)

Print name Stephanie Liu
Address 5190 Granite St.
City/State Las Cruces, NM
Telephone (505) 358-5437

**VERIFICATION**

STATE OF NEW MEXICO )
) ss.
COUNTY OF DONA ANA )

I, Stephanie Liu, being first duly sworn upon my oath, depose and state that I am the PETITIONER / RESPONDENT in the above-entitle cause. I state that the contents in this motion are true and correct, except to the matters stated on information and belief, and those matters I believe to be true.

Signature: Stephanie Liu
Stephanie Liu

ACKNOWLEDED, SUBSCRIBED AND SWORN to before me this 24th day of July, 2024 by Stephanie L. Liu.

[signature]
NOTARY PUBLIC

THIRD JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
D.C.
DONA ANA COUNTY

My commission expires: Undefinite

FILED IN
JUL 24 2024
0357 CB
DISTRICT COURT,
DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, **Plaintiff(s)**
*(print first, middle and last name)*

**v.**

**Case No: D-307-CV/CR** 2024-1149
(circle one)
**Judge:** Fitch

Las Cruces Public Schools, **Defendant(s).**
*(print first, middle and last name)*

# REQUEST FOR HEARING

*(YOU MUST FILE THIS REQUEST TO GET A HEARING [COURT DATE] ABOUT YOUR MOTION)*

1. I NEED A HEARING ABOUT: ☒ MOTION TO/FOR Amend a Standing Lawsuit
2. I REQUEST INTERPRETATION SERVICES (CHECK ONE): ☐ YES ☒ NO
   IF YES, PLEASE DESCRIBE WHAT YOU NEED: N/A
3. ✔ HOW LONG YOU THINK IT WILL TAKE TO TALK TO THE JUDGE: ☐ 15 MINUTES ☐ 30 MINUTES ☐ 1 HOUR ☒ MORE THAN 1 HOUR
4. ✔ IS THERE A HEARING ALREADY SCHEDULED IN THIS CASE: ☒ NO ☐ YES - WHEN? ____
5. ✔ (A OR B) TO CERTIFY THAT THIS REQUEST WILL BE DELIVERED TO ALL OTHER PARTIES: ☒ A - ON THE SAME DAY I FILE THIS REQUEST ☐ B - WITH MY MOTION
6. LIST EVERYONE IN THIS CASE SO THE COURT CAN SEND THEM A NOTICE ABOUT THE HEARING DATE:

| | **OTHER PARTY** OR THEIR **LAWYER** | **OTHER PARTY** OR THEIR **LAWYER** | **ME** |
|---|---|---|---|
| *NAME* | Mynatt | | SEE SIGNATURE BELOW |
| *ADDRESS* | | | USE ADDRESS BELOW |
| *CITY/STATE/ZIP* | | | USE ADDRESS BELOW |
| *TELEPHONE* | | | USE TELEPHONE BELOW |

*(SIGN YOUR NAME)* Stephanie Liu
*(PRINT YOUR NAME)* Stephanie Liu
*(YOUR MAILING ADDRESS)* 5190 Granite St.
*(CITY/STATE/ZIP)* Las Cruces, NM 88012
*(YOUR TELEPHONE)* (505) 358-5437
*(EMAIL ADDRESS)* stephaniehanusaliu@gmail.com

***WHEN YOU FILE THIS REQUEST, YOU MUST GIVE THE CLERK STAMPED LETTER ENVELOPES FOR YOU AND FOR EACH PARTY/LAWYER. THE COURT USES THE ENVELOPES TO MAIL OUT THE COURT DATE.***

(Revised 07/2020)

XCJ

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
7/29/2024 4:24 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

# DEFENDANT'S MOTION TO DISMISS

Defendant Las Cruces Public Schools ("Defendant"), by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby moves to dismiss Plaintiff's Civil Complaint ("Complaint") for failure to exhaust administrative remedies and lack of subject matter jurisdiction under Rule 1-012(B)(1) NMRA. Pursuant to Rule 1-007.1(C) NMRA, Plaintiff's position on this motion was not sought.

## INTRODUCTION

Plaintiff was a part-time tutor for Defendant who resigned her position on May 7, 2024, following an investigation and determination that she had violated LCPS Policy. *See* Exhibit A, Ltr. from Jesse Pareo to Stephanie Liu (May 7, 2024); Exhibit B, Email from Stephanie Liu to Jesse Pareo (May 7, 2024). On May 14th, she filed her Complaint in this Court alleging that she had been subjected to "gender discrimination" by Defendant. In support of this assertion, she stated that a male employee had engaged in the same behavior as her, but only she was terminated. Though Plaintiff does not explicitly identify the statutory basis for her claim against Defendant, it can reasonably be inferred that she is attempting to bring a claim for gender discrimination under the New Mexico Human Rights Act ("NMHRA"). Plaintiff, however, has neglected to follow the

steps necessary to bring a claim under the NMHRA and her Complaint must be dismissed for lack of subject matter jurisdiction.

**ARGUMENT**

"Under the NMHRA, a plaintiff must exhaust his or her administrative remedies against a party before bringing an action in district court against that party." *Sonntag v. Shaw*, 2001-NMSC-015, ¶ 13, 130 N.M. 238, 22 P.3d 1188. "To exhaust administrative remedies under the NMHRA, a person must: (i) file a complaint with the NMHRB or the EEOC making sufficient allegations to support the complaint; and (ii) receive an order of non-determination from the NMHRB." *Delopez v. Bernalillo Pub. Schs*, 2021 U.S. Dist. LEXIS 43719, at *20 (D.N.M. Mar. 9, 2021) (citing *Mitchell-Carr v. McLendon*, 1999-NMSC-025, 127 N.M. 282, 286-87, 980 P.2d 65, 69-70 (1999)). Only after obtaining an order from the NMHRB can a person appeal to the district court for relief. NMSA 1978, §28-1-13(A). When a plaintiff fails to exhaust her administrative remedies, it deprives the district court of subject matter jurisdiction to hear her case. *See Mitchell-Carr*, 1999-NMSC-025, ¶ 17. Under such circumstances, dismissal of the complaint is appropriate. *Rist v. Design Ctr. at Floor Concepts*, 2013-NMCA-109, ¶ 13, 314 P.3d 681, 686.

In the present case, the Plaintiff never filed a charge of discrimination with the NMHRB alleging that her May 7th resignation/termination from LCPS was the result of gender discrimination. *See* Exhibit C, Email from New Mexico Department of Workforce Solutions to Alan Dahl (July 8, 2024). Having never filed a charge of discrimination, she did not obtain an order of non-determination from the NMHRB. As such, she failed to exhaust her administrative remedies under the NMHRA and this Court lacks subject matter jurisdiction to hear her Complaint.

## CONCLUSION

The Plaintiff has not taken the necessary steps needed for this Court to hear her claims and Defendant, therefore, respectfully requests that this Court dismiss her Complaint.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of June 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

LAS CRUCES PUBLIC SCHOOLS

BOARD OF EDUCATION

Teresa Tenorio, President

Pamela Cort, Vice President

Robert Wofford, Secretary

Ed Frank, Member

Patrick Nolan, Member

Ignacio Ruiz Superintendent

OUR MISSION

The Las Cruces Public Schools provides an equitable student-centered learning environment that cultivates civic engagement, promotes excellence, and celebrates diversity.

505 S. Main St., Suite 249
Las Cruces, NM 88001
575.527.5800
www.lcps.net

***VIA HAND DELIVERY***

May 7, 2024

Ms. Liu (Hanusa):

I am writing to inform you that, after careful consideration, a decision has been made to terminate your employment as a temporary employee with Las Cruces Public Schools, effective immediately. If you prefer to resign from your employment with LCPS prior to termination, you may notify by submitting a written resignation. This decision has been reached after careful consideration of the circumstances leading to this action.

Specifically, the following behavioral concerns have contributed to this decision:

**A Letter of Reprimand issued April 3, 2024, which addressed concerns with you harassing another employee.**

This substantiated behavior is in violation of LCPS Regulation GAB: Code of Ethics/Standards of Conduct, which states employees shall not "creat[e] an intimidating, hostile, or offensive work/school environment."

**It has been substantiated that you engaged in inappropriate physical activity that was sexual in nature with another employee in his office on school grounds.**

This substantiated behavior is in violation of **Regulation GAB: Code of Ethics/Standards of Conduct,** which outlines in Standard II: Duty to the Profession. The education profession has been vested by the public with an awesome trust and responsibility. To live up to that lofty expectation, we must continually engender public confidence in the integrity of our profession and must strive consistently in educating the children of New Mexico, all of whom will one-day shape the future. To satisfy this obligation, we

- shall avoid conduct connected with official duties that is unfair [or] improper.
- shall use educational facilities and property only for educational purposes or purposes for which they are intended consistent with applicable policy, law and regulation.
- shall not engage in inappropriate displays of affection, even with consenting adults, while on school property or during school events off campus.

We appreciate your contributions to Las Cruces Public Schools throughout your tenure as a teacher, and we wish you the best in your future endeavors.

Respectfully,

Jesse Parco (signature)

Jesse Parco
Director of Human Resources

5/7/24
Date

Stephanie Liu (signature)
Employee's Signature

5-7-24
Date

*Your signature verifies receipt of this letter and may not necessarily indicate that you agree with the contents.*

**EXHIBIT A**

[redacted]

**From:** Stephanie Liu <stephaniehanusaliu@gmail.com>
**Date:** Tuesday, May 7, 2024 at 5:06 PM
**To:** Jesse Pareo <jpareo@lcps.net>
**Cc:** Jacqueline Sanchez <jsanchez1@lcps.net>, Jamie Silva <jsilva4@lcps.net>, Michael Phillips <mphillips@lcps.net>
**Subject:** [External] - Re: LCPS resignation

External Email

WARNING: This email originated outside of the Las Cruces Public Schools organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you

**EXHIBIT B**

On Tue, May 7, 2024 at 5:03 PM Jesse Pareo <jpareo@lcps.net> wrote:

Received. Thank you.
I am sending this to the Temporary Team to process your resignation.
Yes, you may still submit pending timesheets.
You will not be prevented from applying to positions.
Thank you,

**Mr. Jesse Pareo**
Director of Human Resources
Las Cruces Public Schools
505 S. Main, Suite 249
Las Cruces, NM 88001
575-527-5965

LAS CRUCES
PUBLIC SCHOOLS
Human Resources

Privileged and Confidential: The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient(s). If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail, and delete the original message.

---

**From:** Stephanie Liu <stephaniehanusaliu@gmail.com>
**Date:** Tuesday, May 7, 2024 at 3:55 PM
**To:** Jesse Pareo <jpareo@lcps.net>
**Cc:** Jacqueline Sanchez <jsanchez1@lcps.net>

**Subject:** [External] - LCPS resignation

External Email

WARNING: This email originated outside of the Las Cruces Public Schools organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Mr. Pareo,

Please accept my resignation from LCPS, affective today.

I do still have timesheets for hours worked for the tutor program for April and May that need to be turned in. May I still submit those forms?

I had applied to be a substitute for LCPS, with an interview in June. Should I resign for consideration also?

Thank you for your time.

Sincerely,
Stephanie (Hanusa) Liu
(505) 358-5437

## Adriana Moya

**From:** workforce, ipra, DWS <ipra.workforce@dws.nm.gov>
**Sent:** Monday, July 08, 2024 16:58
**To:** Alan J. Dahl
**Cc:** Adriana Moya
**Subject:** RE: [EXTERNAL] IPRA Request

Good Afternoon,

The New Mexico Department of Workforce Solutions does not have any responsive documents pertaining to **Stephanie Liu**" or "**Stephanie Hanusa**" from January 1, 2024 to the present.

Thank you

---

**From:** Alan J. Dahl <ajd@mynattspringer.com>
**Sent:** Monday, July 8, 2024 2:50 PM
**To:** workforce, ipra, DWS <ipra.workforce@dws.nm.gov>
**Cc:** Adriana Moya <am@mynattspringer.com>
**Subject:** RE: [EXTERNAL] IPRA Request

Thank you for your response.

Just for clarity, am I correct in understanding that you could not locate any charges filed by "**Stephanie Liu**" or "**Stephanie Hanusa**" from January 1, 2024 to the present? Let me know.

Thank You,

**Alan J. Dahl**
**Attorney at Law**
**Mynatt Springer P.C.**
**1660 Hickory Loop, Las Cruces, NM 88005**
**P.O. Box 2699, Las Cruces, NM 88004**
**Main: (575) 524-8812 | Direct: (575) 524-8155 | Fax: (575) 524-0726**
**ajd@mynattspringer.com**

MYNATT SPRINGER P.C.
ATTORNEYS

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** workforce, ipra, DWS <ipra.workforce@dws.nm.gov>
**Sent:** Friday, July 5, 2024 1:51 PM
**To:** Alan J. Dahl <ajd@mynattspringer.com>
**Cc:** Adriana Moya <am@mynattspringer.com>
**Subject:** RE: [EXTERNAL] IPRA Request

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
7/29/2024 4:24 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

## REQUEST FOR HEARING

| | |
|---|---|
| Assigned Judge: | The Honorable Casey B. Fitch |
| Type of Case: | Civil |
| Date of any hearing presently set: | None |
| Specific Matter to be Heard: | Defendant's Motion to Dismiss |
| Estimated total time for hearing: | 60 minutes |

**PARTIES OF RECORD ENTITLED TO NOTICE**

MYNATT SPRINGER P.C.
Blaine T. Mynatt
Alan J. Dahl
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

Stephanie Liu
5190 Granite Street
Las Cruces, NM 88012
(505) 358-5437
stephaniehanusaliu@gmail.com
*Pro se Plaintiff*

xc Judge

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of July 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
7/29/2024 4:24 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

## REQUEST FOR HEARING

| | |
|---|---|
| Assigned Judge: | The Honorable Casey B. Fitch |
| Type of Case: | Civil |
| Date of any hearing presently set: | None |
| Specific Matter to be Heard: | Rule 16 Scheduling Conference |
| Estimated total time for hearing: | 15 Minutes |

**PARTIES OF RECORD ENTITLED TO NOTICE**

MYNATT SPRINGER P.C.
Blaine T. Mynatt
Alan J. Dahl
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

Stephanie Liu
5190 Granite Street
Las Cruces, NM 88012
(505) 358-5437
stephaniehanusaliu@gmail.com
*Pro se Plaintiff*

xc Judge

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of July 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
7/30/2024 12:09 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**DONA ANA COUNTY**
**THIRD JUDICIAL DISTRICT COURT**

**STEPHANIE L LIU**
**V.**
**LAS CRUCES PUBLIC SCHOOLS** **No: D-307-CV-2024-01149**

# NOTICE OF Motion Hearing

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Casey B. Fitch, as follows:

| | |
|---|---|
| Date of Hearing: | **Monday, 30th day of September, 2024 at 8:30 AM** |
| Place of Hearing: | **Hearing will be held via google meets. Please join by using one or both of the options provided below:**<br>**TELEPHONE: 1-405-463-2188 PIN: 699 388 975#**<br>**VIDEO: meet.google.com/fyo-rhct-eye** |
| Matter to be Heard: | Plaintiff's Motion to Amend / Defendant's Motion to Dismiss / Defendant's request for Scheduling Conference |
| Comments: | |
| Length of Hearing: | 1 Hour 30 Minutes |

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. New Mexico Courts comply with the Americans with Disabilities Act and Title VI. If you need accommodations or the services of an interpreter in court, email or call the court as soon as possible to inform us. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made.

CLERK OF THE DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, the undersigned Employee of the District Court of Dona Ana County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 7/30/2024.

STEPHANIE L LIU
BLAINE TURNER MYNATT

By: Nicole R. [signature]

**File Copy**

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
8/12/2024 2:27 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Sandra Aguirre

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S *MOTION TO AMEND A STANDING LAWSUIT***

Defendant Las Cruces Public Schools ("Defendant"), by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby responds in opposition to the Plaintiff's *Motion to Amend a Standing Lawsuit* (filed July 24, 2024) (the "Motion").[1]

Plaintiff's Motion consists of a two-page filing indicating she wants to amend her complaint to challenge her allegedly discriminatory termination from LCPS as well as the terms of her divorce, including child support and custody arrangements. There are two reasons why this Motion cannot be granted. First, it does not comply with the Rules of Civil Procedure for motions to amend complaints and, second, even if it did, the proposed amendments would be futile.

Under Rule 1-007.1(C) NMRA, "Motions to amend pleadings shall have attached the proposed pleading." Plaintiff's Motion may suggest how she would like to amend her complaint, but it does not include a copy of her proposed amended complaint. As such, she has failed to comply with the requirements of Rule 7.1(C) and her Motion must be denied.

[1] The Defense is aware of the criteria for amendment as a matter of course laid out in Rule 1-015 (A) NMRA. However, as Plaintiff has elected to file a motion to amend, the Defense offers the Court this basis for its opposition.

Next, the New Mexico Court of Appeals has observed that, "although, in general, leave to amend is freely granted, whenever the insufficiency or futility of the proposed amended pleading is apparent on its face, leave to amend may be denied because granting the motion would serve no purpose." *Ruegsegger v. Bd. of Regents of W. N.M. Univ.*, 2007-NMCA-030, ¶ 12, 141 N.M. 306, 309, 154 P.3d 681, 684 (quotations omitted). Here, allowing Plaintiff to amend her Complaint to restate her discrimination claim and to challenge the terms of her divorce would be an exercise in futility.

Regarding her discrimination claim, the Defendant has explained in its Motion to Dismiss (filed July 29, 2024) that Plaintiff failed to exhaust her administrative remedies. Plaintiff's proposed changes to her Complaint do nothing to change this fatal flaw. Amendment, therefore, would serve no purpose.

Plaintiff's challenge to the terms of her divorce is similarly futile, as she is already challenging these terms in the pending case of *Liu v. Liu*, Case No. D-307-DM-2024-00184. Accordingly, Plaintiff is prohibited from relitigating the terms of her divorce in this Court pursuant to the principles of res judicata and prior jurisdiction. *See DeFlon v. Sawyers*, 2006-NMSC-025, ¶ 2, 139 N.M. 637, 639, 137 P.3d 577, 579 ("Res judicata bars relitigation of the same claim between the same parties or their privies when the first litigation resulted in a final judgment on the merits."); *In re Doe*, 1982-NMCA-115, ¶ 13, 98 N.M. 442, 445, 649 P.2d 510, 513 *overruled on other grounds in State v. Roper*, 1996-NMCA-073, 122 N.M. 126, 921 P.2d 322 ("[T]he court first obtaining jurisdiction retains it as against a court of concurrent jurisdiction in which a similar action is subsequently instituted between the same parties seeking similar remedies involving the same subject matter.").

As Plaintiff has failed to provide a copy of her proposed amended complaint and intends to assert claims that would be subject to immediate dismissal, her Motion must be denied.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of August 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED IN
AUG 1 4 2024
YMW 3:35
DISTRICT COURT,
DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, (Plaintiff)/Petitioner,
*(print first, middle and last name)*

v.

Case No. D-307-CV2024-1149
Judge: Casey B. Fitch

Las Cruces Public Schools, (Defendant)/Respondent.
*(print first, middle and last name)*

# RESPONSE TO MOTION

## 1. IDENTIFY YOURSELF:

My name is Stephanie Liu. I represent myself.
PRINT YOUR NAME HERE

I am the (✔ CHECK ONE OF THESE BOXES) ☒ PLAINTIFF or PETITIONER

☐ DEFENDANT or RESPONDENT

## 2. IDENTIFY THE MOTION:

A. I am responding to the following motion: *(print the title of the motion on this line)*

"Defendant's MOTION (to)/or for): Dismiss"

Respectfully submitted,

Stephanie Liu
(SIGN YOUR NAME)

(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437

## PROOF OF SERVICE

I certify that I delivered a copy of this RESPONSE TO MOTION to all other parties in this case (or their lawyer if they have one) at the address(es) listed below: ***(If there are more parties, attach more sheets)***

TO: Mynatt Springer P.C.
(Name of other party or their lawyer if they have one)

AT: 1660 Hickory Loop
(Their address)
Las Cruces, NM 88004

WHEN: 8-14-24 (mo/day/year)

HOW: ❒ ~~first-class mail~~ ❒ ~~hand-delivery~~
email
am, ajd, btm, td @mynattspringer.com

TO: (Name of other party or their lawyer if they have one)

AT: (Their address)

WHEN: (mo/day/year)

HOW: ❒ first-class mail ❒ hand-delivery

Stephanie Liu
(SIGN YOUR NAME)

**NOTICE TO OPPOSING PARTY(IES): YOU HAVE THE RIGHT TO FILE A REPLY TO THIS RESPONSE TO MOTION OR YOU MAY FILE A NOTICE OF COMPLETION OF BRIEFING. FOR MORE IN FORMATION, PLEASE READ RULES 1.007.1A-H AND 1-005 NMRA.**

## 3. YOUR RESPONSE:

✔ ***CHECK ONE OF THESE BOXES:***

➔ ☐ I **AGREE** with the motion and it should be APPROVED.

➔ ☒ I **DO NOT AGREE** with the motion and it should NOT BE APPROVED because:

*PRINT ALL THE REASONS WHY YOU **DO NOT** WANT THE JUDGE TO APPROVE THE MOTION* ------------------------>

- To answer Rule 1-007.1 (C) NMRA, my position is opposition.
- I was terminated but "resigned" when given the option. Otherwise, my employment was terminated already.
- I am also being discriminated against. for being part-time.
- As I cannot afford an attorney, I didn't know about NMHRA remedies. I have now filed. See Exhibit A.
- Opposing party is taking advantage of my lack of resources and Legal expertise.

## 4. RELIEF REQUESTED:

**I RESPECTFULLY ASK** that the Court grant my request in paragraph 3. I also ask that the Court award any other relief it considers fair, proper, and necessary.

Gmail

Exhibit A
(5 pages)

Stephanie Liu <stephaniehanusaliu@gmail.com>

## ARP retry

**Stephanie Liu** <stephaniehanusaliu@gmail.com> Wed, Aug 14, 2024 at 12:22 PM
To: Stephanie Liu <stephaniehanusaliu@gmail.com>

dws.state.nm.us

\+ What is the Human Rights Act?

\+ What are the bases of discrimination?

− How long do I have to file a complaint?

You must file your charge within three hundred (300) days of the last incident that occurred.

## Charge of Discrimination

Federal and state anti-discrimination laws prohibit discrimination based on certain protected classes, including race, color, national origin, ancestry, religion, sex, sexual orientation, gender, gender identity, age (if 40 or over), pregnancy or childbirth, and physical and mental disability, serious medical condition, and spousal affiliation. The New Mexico Human Rights Act protects people from discrimination in employment, places of public accommodation, housing, and in applications for consumer credit.

**Organization's Information (involved in the alleged illegal action(s))**

Company/Agency Name *

LCPS (Las Cruce

Number of Employees *

Type of Business *

Education, Trai

Thousands? More?! Too many to calculate

hrb.dws.state.nm.us

**Individual(s) Whom You Allege Acted Illegally**

Complete this section only if you would like to name an individual in your complaint.

Do you wish to name an individual in your complaint? *

No

hrb.dws.state.nm.us

Are you raising an issue about being asked about your arrests or convictions on an employment application? *

No

Are you raising an issue about being discriminated against for engaging in legal activity related to the use of medical cannabis? *

No

FORM

**Personal Information**

* indicates the fields required in the form and cannot be left blank.

Last Name * First Name * Middle Initial

Liu Stephanie L

Mailing Address Line 1 * Mailing Address Line 2

5190 Granite St

City * State * Zip Code * County

Las C New 8801( Doña

*you feel that you were treated differently for more than one reason, check all that apply.*

- [ ] Color
- [ ] Race
- [ ] National Origin
- [ ] Ancestry
- [ ] Age (40+years)
- [x] Sex
- [ ] Pregnancy, Childbirth, or Related Medical Condition
- [ ] Gender Identity
- [x] Spousal Affiliation
- [ ] Religion
- [ ] Disability
- [ ] Serious Medical Condition
- [ ] Paid Less than the Opposite Sex for

**Filings**

Did you file a charge in this matter with U.S. Equal Employment Opportunity Commission (EEOC)? *

No

Do you currently have legal representation in this matter? *

No

*For example, if you feel that you were treated differently than someone else because of your race, you should check the box next to "Race." If you feel that you were treated differently for more than one reason, check all that apply.*

- [ ] Color
- [ ] Race
- [ ] National Origin
- [ ] Ancestry
- [ ] Age (40+years)
- [x] Sex
- [ ] Pregnancy
- [ ] Gender Identity
- [x] Spousal Affiliation
- [ ] Religion
- [ ] Disability
- [ ] Serious Medical Condition

and cannot be left blank.

Last Name * First Name * Middle Initial

Liu Stephanie L

Mailing Address Line 1 * Mailing Address Line 2

5190 Granite St.

City * State * Zip Code * County

Las C New 8801( Doña

Phone * Secondary Phone

(505) 368-5437

Email * Contact Preference Gender *

**Duration of Alleged Violation**

When did the alleged violation(s) begin? *

May 7, 2024

What is the most recent date of an alleged discriminatory or illegal action? *

July 17, 2024

**Type of Violation Alleged. Check all that apply.** *

- [x] Employment
- [ ] Housing
- [ ] Credit
- [ ] Public Accommodation

Are you raising an issue about being paid less than

Sexual Orientation

- [x] Gender
- Conviction/Arrest History on Employment Application
- [ ] Activity Related to Medical Cannabis Use

Are you alleging you were retaliated against? *

Yes

Your Job Title *

Music Tutor

Date of Hire *

October 2023

Date Employment Ended (if applicable)

May 7, 2024

Reason Employment Ended

Are/Were you an Independent Contractor?

Complete this section only if you would like to name an individual in your complaint.

Do you wish to name an individual in your complaint? *

No

**Filings**

**Duration of Alleged Violation**

When did the alleged violation(s) begin?

*

May 7, 2024

What is the most recent date of an alleged discriminatory or illegal action?

*

July 17, 2024

hrb.dws.state.nm.us

**Filings**

Did you file a charge in this matter with U.S. Equal Employment Opportunity Commission (EEOC)? *

No

Do you currently have legal representation in this matter? *

No

VZW Wi-Fi 4:54 PM 57%

hrb.dws.state.nm.us

**Urgent Medical Condition**

Do you have a medical condition that poses a serious threat to your life within the next year?

*

No

Allegations Details

What happened to you that you believe is against the law?

Please Explain: *

caused substantial emotional distress. I have a current lawsuit against LCPS for those reasons. My ex husband is also the LCPS CFO and wants revenge on me for the affair. This is why bias is prevalent.

hrb.dws.state.nm.us

## Allegations Details

Describe Allegations : **Raul Escobedo and I were terminated for workplace sex, (and he used marijuana, not me). I was fired on May 7th, 2024, and he was not. He was allowed to finish the remainder of the semester. Eventually, news leaked to his principal, so he was out on administrative leave, but HR intended not to tell the principal and for him to continue working. That is gender discrimination, and it caused substantial emotional distress. I have a current lawsuit against LCPS for those reasons. My ex husband is also the LCPS CFO and wants revenge on me for the affair. This is why bias is**

**for the affair. This is why bias is prevalent.**

July 30
5:02 PM
Edit

VZW Wi-Fi 5:02 PM 55%
hrb.dws.state.nm.us

# Confirmation

Your request to speak with an investigator has been submitted.
We will contact you within two weeks to set up an appointment.
Please retain this reference number:
**24-07-0895-E** .

FILED IN
AUG 2 6 2024
@8:17am
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT COURT

Stephanie Lynn Liu, Plaintiff/Petitioner,
(print first, middle and last name)

v.

Case No. D-307-CV2024-1149
Judge: Casey B. Fitch

Las Cruces Public Schools, Defendant/Respondent.
(print first, middle and last name)

# RESPONSE TO MOTION

→Response

## 1. IDENTIFY YOURSELF:

My name is Stephanie Liu. I represent myself.
PRINT YOUR NAME HERE

I am the (✔ CHECK ONE OF THESE BOXES) ☒ PLAINTIFF or PETITIONER

☐ DEFENDANT or RESPONDENT

## 2. IDENTIFY THE MOTION:

A. I am responding to the following motion: *(print the title of the motion on this line)*
(Defendant's) →response
in opposition: MOTION (to or for): (Plaintiffs') Motion to Amend [A Standing Lawsuit]

## 3. YOUR RESPONSE:

✔ ***CHECK ONE OF THESE BOXES:***

➜ ☐ I **AGREE** with the motion and it should be APPROVED.

➜ ☐ I **DO NOT AGREE** with the ~~motion~~ response and it should NOT BE APPROVED because:

PRINT ALL THE REASONS WHY YOU **DO NOT** WANT THE JUDGE TO APPROVE THE ~~MOTION~~ response →

→ I am amending my complaint, because I have additional grounds to bring a lawsuit against LCPS. I think it is a more effective use of the court's time to file them together.

→ My discriminatory termination from LCPS is not alleged. I was terminated earlier – a fact.

→ My proposed amendments are not futile. LCPS' lawyers are again taking advantage of my pro se status, my inability to afford representation, and lack of awareness →

see Page 2

## 4. RELIEF REQUESTED:

**I RESPECTFULLY ASK** that the Court grant my request in paragraph 3. I also ask that the Court award any other relief it considers fair, proper, and necessary.

of Rules they quote.

→ I have included a copy of my proposed amended complaint.

→ As LCPS' lawyers are not a judge, jury or court, they should not be dictating that my motion "must be" denied. It's not their decision.

→ My amendment is not: "insufficient," "futile," or "would serve **no** purpose." The purpose? Justice, transparency, and accountability in the school district.

→ In response to Page 2, paragraph 2 of Defendant's response, I don't have a "fatal flaw. What I last filed addresses this.

→ Suing LCPS to challenge my divorce is legal, because fraud occured at LCPS before my divorce was filed. Chenyu Liu was not pro se. The divorce should be struck down and started over, because an LCPS paralegal filed them for free - fraud.

Please See Page 3

Page 3

→ Lastly, the Defendant never disagreed nor opposed with what I added: that LCPS **CFO Liu** drafted personal divorce papers, utilizing free legal expertise in the workplace, lying that he was pro se, on official court papers. He did do that, and by Mynatt not opposing it, they agree, and can't prove otherwise. They are hung-up on methods, how I file it, to dodge larger issues.

Respectfully submitted,

Stephanie Liu
(SIGN YOUR NAME)

(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437

## PROOF OF SERVICE

I certify that I delivered a copy of this RESPONSE TO MOTION to all other parties in this case (or their lawyer if they have one) at the address(es) listed below: ***(If there are more parties, attach more sheets)***

TO: Mynatt Springer P.C.
(Name of other party or their lawyer if they have one)

AT: btm@mynattspringer.com et al
(Their address)

WHEN: 8-26-24 (mo/day/year)

HOW: ☐ first-class mail ☐ hand-delivery ☒ email

TO: ______
(Name of other party or their lawyer if they have one)

AT: ______
(Their address)

WHEN: ______ (mo/day/year)

HOW: ☐ first-class mail ☐ hand-delivery

Stephanie Liu
(SIGN YOUR NAME)

**NOTICE TO OPPOSING PARTY(IES): YOU HAVE THE RIGHT TO FILE A REPLY TO THIS RESPONSE TO MOTION OR YOU MAY FILE A NOTICE OF COMPLETION OF BRIEFING. FOR MORE INFORMATION, PLEASE READ RULES 1.007.1A-H AND 1-005 NMRA.**

**CIVIL PERSONAL DATA FORM**
*(Formulario de datos personales)*

During your case the court will need to communicate with you about hearings and other matters.. Please fill out this form completely so that you receive the information you need. **PLEASE PRINT CLEARLY**
*Durante el transcurso de su caso, el Tribunal necesitará comunicarse con usted acerca de sus audiencias y otros asuntos. Llene este formulario completamente para recibir la información que necesita.* ***(POR FAVOR, ESCRIBA CLARAMENTE CON LETRA DE MOLDE)***

**Plaintiff** ADDED TO CURRENT CASE: D-307-CV-2024-1149

**DO YOU NEED AN INTERPRETER?** ________ **YES** ___X___ **NO**
***(¿NECESITA INTÉRPRETE?)*** ***(Sí)*** ***(No)***

LAST NAME Liu FIRST NAME Stephanie MIDDLE INITIAL L
*(Apellido)* *(Nombre)* *(Inicial del segundo nombre)*

ADDRESS *(Domicilio)* 5190 Granite St Las Cruces NM 88012
STREET/SPACE NUMBER *(Calle/ Número de espacio)* CITY *(Ciudad)* STATE *(Estado)* ZIP CODE *(Código postal)*

MAILING ADDRESS (IF DIFFERENT FROM HOME ADDRESS) SAME (as home)
*(Dirección postal)* *(si es diferente al domicilio)*

STREET/SPACE NUMBER *(Calle/ Número de espacio)* CITY *(Ciudad)* STATE *(Estado)* ZIP CODE *(Código postal)*

EMAIL ADDRESS stephaniehanusaliu@gmail.com
*(Correo electrónico)*
☒ Yes, I agree to receive documents by electronic transmission (the court may elect to send documents via mail) ☐ No

HOME TELEPHONE (505) 358-5437 CELL PHONE (505) 358-5437
*(Teléfono de la casa)* *(Teléfono celular)*

**Defendant**

**DO YOU NEED AN INTERPRETER?** ________ **YES** ___X___ **NO**
***(¿NECESITA INTÉRPRETE?)*** ***(Sí)*** ***(No)***

LAST NAME Las Cruces Public School FIRST NAME \ MIDDLE INITIAL \
*(Apellido)* *(Nombre)* *(Inicial del segundo nombre)*

ADDRESS *(Domicilio)* 505 S. Main St. Unit 249 Las Cruces NM 88001
STREET/SPACE NUMBER *(Calle/ Número de espacio)* CITY *(Ciudad)* STATE *(Estado)* ZIP CODE *(Código postal)*

MAILING ADDRESS (IF DIFFERENT FROM HOME ADDRESS) SAME (as home)
*(Dirección postal)* *(si es diferente al domicilio)*

STREET/SPACE NUMBER *(Calle/ Número de espacio)* CITY *(Ciudad)* STATE *(Estado)* ZIP CODE *(Código postal)*

EMAIL ADDRESS Unknown
*(Correo electrónico)*
☐ Yes, I agree to receive documents by electronic transmission (the court may elect to send documents via mail) ☐ No

HOME TELEPHONE (575) 527-5800 CELL PHONE N/A
*(Teléfono de la casa)* *(Teléfono celular)*

* The Defendant now has an attorney.

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, **Plaintiff,**
*(print first, middle and last name)*

v.

**Case No.** (D-307)-CV-2024-1149
**Judge:** Arrieta

Las Cruces Public School, **Defendant.**
*(print first, middle and last name)*

ADDED TO CURRENT CASE

## CIVIL COMPLAINT

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $ TBD and also claims interest and court costs.

3. Plaintiff claims from Defendant personal property of the value of $ N/A, which is described as follows:

________________________________________

________________________________________

4. Plaintiff seeks the following additional relief: ① my original divorce settlement DISMISSED, based on: nepotism, fraud, misappropriation of public funds, and coercion.
② compensation for my kids' trauma & emotional distress

5. Plaintiff's claim arises from the following event or transaction: LCPS CFO, Chenyu Liu, confessed to me in February of 2024 that he took out an LCPS-hired Legal professional to Lunch to trick (coerce) me into sole custody awarded to him, to avoid child support, thereby traumatizing my kids.

6. Trial by jury ☒ IS ☐ IS NOT demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*

Respectfully submitted,

(SIGN YOUR NAME) Stephanie Liu
(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437
**(Email Address)** stephaniehanusaliu@gmail.com

* signed with full understanding, unlike the LCPS workplace divorce papers.

# VERIFICATION

**STATE OF NEW MEXICO }**
**} ss**
**COUNTY OF DONA ANA }**

I Stephanie Lynn Liu, being first duly sworn upon my oath, depose and state that I am the PLAINTIFF in the above-entitled cause. I state that the contents of this COMPLAINT are true and correct, except to the matters stated on information and belief, and those matters I believe to be true.

Stephanie Liu
*(SIGN YOUR NAME)*

Stephanie Lynn Liu
*(PRINT YOUR NAME)*

SUBSCRIBED AND SWORN to before me on this ________ day of ____________________, 20_______, by:

____________________________________, Petitioner.

______________________________________________
Notary public or other officer authorized to administer oaths

______________________________________________
Title

My commission expires: ❒ Indefinite ❒ Date ______________________

LAS CRUCES PUBLIC SCHOOLS

BOARD OF EDUCATION

Teresa Tenorio, President

Pamela Cort, Vice President

Robert Wofford, Secretary

Patrick Noland

Ed Frank

Ignacio Ruiz
Superintendent

OUR MISSION

The Las Cruces Public Schools provides an equitable student-centered learning environment that cultivates civic engagement, promotes excellence, and celebrates diversity.

Not Facio someone else: Lying.

505 S. Main St., Suite 249
Las Cruces, NM 88001
575.527.5800
www.lcps.net

***VIA REGULAR & CERTIFIED MAIL***

May 28, 2024

inside "investigation" of a superior by his friends — not looking into what I actually reported.

Stephanie Liu
5190 Granite Street
Las Cruces, New Mexico 888012

Re: Investigation Findings

Dear Ms. Liu,

As you know, on May 10, 2024, you sent me an email with an allegation that Chenyu Alex Liu had communicated to you that he had utilized the services of LCPS-paid attorneys for personal use.

## HR Investigation

I investigated the above allegation. The following witnesses provided statements

- Respondent – Chenyu Alex Liu
- Claimant – Stephani Liu (You)
- Witness – Zach Facio

Missing? Who he took out to lunch

The allegation was presented to Mr. Liu and he was directed to submit documentation of all legal matters involving you and your children during your recent divorce and child custody proceedings.
Mr. Liu complied with the directive and submitted the following documents.

done by an LCPS-hired Legal Professional — confessed by Chenyu Liu to me

- Stipulated Marital Settlement Agreement dated 1/20/2024 signed by both you and Mr. Liu and notarized by a NM Notary Public
- Stipulated Divorce Decree dated 2/23/2024 with both you and Mr. Liu — not representing yourself (pros se) No NO pro se
- Mr. Liu's response to a verified Emergency Motion and Expedited Motion to Clarify Visitation after a 4/16/2024 hearing submitted by the following counsel of record: NEW MEXICO LEGAL GROUP P.C. Jannheli C. Perez Rodríguez NM Bar #161086 300 S. Water Street Las Cruces, NM 88001 (505) 217-7098 Attorney for Petitioner

The above noted counsel is not contracted by the Las Cruces Public Schools.
In addition, when asked if he had received any legal support from any LCPS employees or contracted legal counsel, Mr. Liu stated that he asked Zachary Facio for recommendations of attorneys as a colleague because he was aware that Mr. Facio had worked in the legal field prior to his employment with LCPS. Mr. Facio confirmed this and provided a statement stating that no further conversations took place between the two regarding his divorce other than the request for a recommendation. Mr. Facio's responsibilities do not include performing legal services for the district.

A review of legal work conducted by LCPS' contracted legal counsel did not find any subject matters of divorce or marital agreements. Because it was hidden

## Findings

will not be filed with LCPS

The standard of evidence to determine responsibility during the investigation is the preponderance of evidence standard.

Based on the evidence gathered, the allegation that Mr. Liu used the services of LCPS' contracted legal counsel for personal use was **unsubstantiated**.

**Conclusion**

Your cooperation in this investigation is appreciated.

I won't be cooperating with Lies.

Sincerely,

Cynthia Donnelly

Cynthia Donnelly
Executive Director, Human Resources

C: Sherley O'Brien, LCPS Chief of Staff

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
8/26/2024 9:44 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.** **Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

# NOTICE OF COMPLETION OF BRIEFING

Defendant Las Cruces Public Schools, by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby gives notice that briefing with regard to Plaintiff's *Motion to Amend a Standing Lawsuit*, filed on July 24, 2024, in this matter has been completed.

The following documents have been filed:

1. *Motion to Amend a Standing Lawsuit*, filed July 24, 2024;

2. *Defendant's Response in Opposition to Plaintiff's Motion to Amend a Standing Lawsuit*, filed August 12, 2024; and

3. *Response to Response Motion*, filed August 26, 2024.

The Motion is now ripe for decision.

xc Judge

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of August 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
9/3/2024 10:20 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Las Cruces Public Schools ("Defendant"), by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), submits this reply in support of its July 29th Motion to Dismiss ("Motion").

## ARGUMENT

In the underlying Motion, the Defendant explained that the Plaintiff's claim of sex discrimination must be dismissed because she had neither filed a charge of discrimination, nor obtained an order of non-determination from the New Mexico Human Rights Bureau ("NMHRB"). *See* D's. Mot. to Dismiss at 2 (July 29, 2024); *see also Mitchell-Carr v. McLendon*, 1999-NMSC-025, ¶ 17, 127 N.M. 282 (explaining the necessity of administrative exhaustion before the NMHRB prior to commencing suit). In her Response, the Plaintiff did not deny that she had failed to exhaust her administrative remedies; she merely stated that she was unaware of them. *See* Pl's. Resp. to Mot. to Dismiss at 2 (Aug. 14, 2024). Although it appears that Plaintiff has now filed a charge of discrimination with the NMHRB in response to the Defendant's Motion (*see id.*, Ex. A), she has yet to obtain an order of non-determination and, consequently, cannot bring her claim before this Court. *See Mitchell-Carr*, 1999-NMSC-025, ¶ 17.

**CONCLUSION**

The Plaintiff has not fully exhausted her administrative relief before the NMHRB and her current suit must be dismissed without prejudice.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of September 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
9/3/2024 10:20 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**NOTICE OF COMPLETION OF BRIEFING**

Defendant Las Cruces Public Schools, by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby gives notice that briefing with regard to *Defendant's Motion to Dismiss*, filed on July 29, 2024, in this matter has been completed.

The following documents have been filed:

1. *Defendant's Motion to Dismiss*, filed July 29, 2024;
2. Plaintiff's *Response to Motion*, filed August 24, 2024; and
3. *Defendant's Reply in Support of Its Motion to Dismiss*, filed September 3, 2024.

The Motion is now ripe for decision.

xc Judge

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of September 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED IN SEP 10 2024 9:11am DISTRICT COURT, DONA ANA COUNTY, NM

FILED IN SEP 11 2024 8:06am DISTRICT COURT, DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT COURT

Stephanie Lynn Liu, Plaintiff(s),
*(print first, middle and last name)*

v. Case No. D-307-CV/CR 2024-1149
(Circle one)
Judge: Casey B. Fitch

Las Cruces Public School, Defendant(s).
*(print first, middle and last name)*

# MOTION IN A CIVIL/~~CRIMINAL~~ MATTER
(Circle one)

1. My name is: Stephanie Lynn Liu
   *First Middle Last*

2. I am the *(✔ check one box)* ☒ Plaintiff ☐ Defendant

## *I. INFORMATION ABOUT THIS MOTION*

3. I respectfully ask this court for each of the things checked in this paragraph, for the Judge to determine the following issue(s): *(✔ check each box that applies)*

- ☐ To cancel (set aside) a default judgment (entered on ______)
- ☐ To change (modify or amend) an existing order (Print the date order was filed ______)
- ☐ To dismiss this case
- ☐ To enforce an existing order (Print the date order was filed ______)
- ☐ For a hearing to present an order to the Judge (presentment hearing)
- ☐ To reconsider (a judge's decision) (Print the date order was filed ______)
- ☐ To reschedule (a hearing or trial) (set for ______)
- ☐ For a status conference in front of the Judge
- ☐ For a temporary (interim) order
- ☒ OTHER to Respond to Defendant's Reply

*(If none of the boxes apply, print on this line what you are asking the court to do)*



XC)

## II. REASONS (GROUNDS) FOR THIS MOTION

4. I want the court to grant (approve) my motion because:
*(Do not write on the back. Attach more pages if needed.)*

On August 26th, the Defendant emailed me a Completion of Briefing. I had no problem with that, because I had just responded to their response. But then, absolutely out of nowhere, they lied about the completed briefing, because they emailed me a Reply. It was my understanding that I could respond to their Reply within 15 days. (Please see next page.)

## III. AGREEMENT OF OTHER PARTY(IES)

*Rule 1-007.1 NMRA requires that you find out if all the other parties agree with what you want to do.*

**DOES THE OPPOSING PARTY (or their lawyer) AGREE WITH YOUR MOTION?**

- ☐ Yes.
- ☒ No (or they will not talk to me).
- ☐ I can't talk to them because there is a protective order between us and they do not have a lawyer.
- ☐ I haven't talked to them because:

## IV. PROVING YOU DELIVERED A COPY OF THIS MOTION.

My signature on this motion *certifies* that a copy of this motion was delivered to all other parties (or to their lawyer if they have one).

**YOU MUST FILL-OUT THIS BOX NOW**

| OPPOSING PARTY/LAWYER (✔) btm@mynattspringer.com (et al) | HOW (✔) | DELIVERY DATE |
|---|---|---|
| Party/Lawyer Name: Mynatt Springer P.C.<br>Address: P.O. Box No. 148072<br>City/State/Zip: Las Cruces, NM 88004 | ☐ mail<br>☐ hand delivery<br>☒ email | ☒ day motion filed<br>or<br>*(mm/dd/yyyy)* |
| Party/Lawyer Name:<br>Address:<br>City/State/Zip: | ☐ mail<br>☐ hand delivery | ☐ day motion filed<br>or<br>*(mm/dd/yyyy)* |

Page 2

When I suggested this, (responding again), the Defendant said it would be stricken from the record if I did quoting Rule 1-007.1. I read it (attached: Exhibit A).

silencing and threatening behavior

Under it, it says, "At the expiration of all response times." I wasn't given time to respond.

What am I saying in response? See Exhibit B: The lawsuit is valid, because I have exhausted my administrative remedies. It is now a month past July 30th I was never called.

**I, RESPECTFULLY ASK** that the Court grant this Motion. I also ask that the Court award any other relief it considers fair, proper, and necessary.

Respectfully submitted,

*(SIGN YOUR NAME)* Stephanie Liu
*(PRINT YOUR NAME)* Stephanie Liu
*(YOUR MAILING ADDRESS)* 5410 Granite St.
*(CITY/STATE/ZIP)* Las Cruces, NM 88012
*(YOUR TELEPHONE)* (505) 358-5437
*(Email Address)* stephaniehanusaliu@gmail.com

*NOTICE TO OPPOSING PARTY(IES): You have the right to file a response to this motion. File your response at the Third Judicial District Court, 201 W. Picacho, Las Cruces, NM 88005. See the Rules of Civil Procedure for District Courts for procedures and deadlines.*

Exhibit A

cas
Sign In
Search all cases and statut... JX



# N.M. R. Civ. P. Dist. Ct. 1-007.1

Download

As amended through August 23, 2024

Rule 1-007.1 - Motions; how presented

**A.Requirement of written motion.** All motions, except motions made during trial, or as may be permitted by the court, shall be in writing and shall state with particularity the grounds and the relief sought.

**B.Unopposed motions.** The movant shall determine whether a motion will be opposed. If the motion will not be opposed, an order approved by all parties shall accompany the motion.

**C.Opposed motions.** The motion shall recite that the movant requested the concurrence of all parties or shall specify why no such request was made. The movant shall not assume that the nature of the motion obviates the need for concurrence from all parties unless the motion is a:

(1) motion to dismiss;

(2) motion for new trial;

(3) motion for judgment as a matter of law;

(4) motion for summary judgment;

(5) motion for relief from a final judgment, order or proceeding pursuant to Paragraph B of Rule 1-060 NMRA.

Notwithstanding the provisions of any other rule, the movant may file with any opposed motion a brief or supporting points with citations or authorities. If the motion requires consideration of facts not of record, the movant shall file copies of all affidavits, depositions or other documentary evidence to be presented in support of the motion. Motions to amend pleadings shall have attached the proposed pleading. A motion for judgment on the pleadings presenting matters outside the pleading shall comply with Rule 1-056 NMRA. A motion for new trial shall comply with Rule 1-059 NMRA.

D.Response. Unless otherwise specifically provided in these rules, any written response and all affidavits, depositions or other documentary evidence in support of the response shall be filed within fifteen (15) days after service of the motion. If a party fails to file a response within the prescribed time period the court may rule with or without a hearing.

E.Separate counter-motions and cross-motions required. Responses to motions shall be made separately from any counter-motions or cross-motions.

F.Reply brief. Any reply brief shall be filed within fifteen (15) days after service of any written response.

G.Request for hearing. A request for hearing shall be filed at the time an opposed motion is filed. The request for hearing shall be substantially in the form approved by the Supreme Court.

H.Notice of completion of briefing. At the expiration of all response times under this rule, the movant shall file a notice of completion of briefing. The notice alerts the judge that the motion is ready for decision.

*N.M. R. Civ. P. Dist. Ct. 1-007.1*

As amended, effective 12/4/2000;3/15/2005; as amended by Supreme Court Order No. 08-8300-32, effective 11/17/2008.

*Committee commentary. - If a party does not respond to a motion within fifteen days as required by Paragraph D of this rule, the moving party may submit a proposed order to the judge or the judge sua sponte may enter an appropriate order. Although the specific provisions of Rule 1-058(C) NMRA are not*

*applicable, if a party submits a proposed order to the court, a copy of the proposed order must be served on all other parties. See Rule 1-005 NMRA of these rules, Rules 16-303 and 16-305 of the Rules of Professional Conduct and Rule 21-300 NMRA of the Code of Judicial Conduct. After assuring the non-responding party has received notice of the proposed order; the judge may enter an appropriate order.*

*The notice of completion of briefing required under Paragraph H of this rule shall be filed upon the expiration of the applicable deadline for filing responses and replies under Paragraphs D or F of the rule. The Judicial Districts may adopt local rules to incorporate additional filing requirements to coincide with the filing of the notice of completion of briefing. See, e.g., LR13-404(A) NMRA (adopting motion package procedure). The district court may defer ruling on the request for hearing until the court receives the notice of completion of briefing. After the court announces its decision, the court shall comply with the requirements of Rule 1-058 NMRA.*

*[As amended by Supreme Court Order No. 08-8300-32, effective November 17, 2008.]*

*ANNOTATIONS The 2008 amendment, approved by Supreme Court Order No. 08-8300-32, effective November 17, 2008, changed "opposing counsel" to "all parties" in Paragraphs B and C; in Paragraph D, deleted language which provided that failure to respond to a motion constitutes consent to grant the motion and a waiver of notice of presentment and that the court may enter an appropriate order and added the provision that the court may rule with or without a hearing; added new Paragraphs E and H; and relettered former Paragraph E as Paragraph F and former Paragraph F as Paragraph G. The 2005 amendment, effective March 1, 2005, substituted "matter of law" for "approved" for "initialed" in Paragraph B and added Paragraph F relating to the filing of a request for hearing with an opposed motion. The 2000 amendment, effective December 4, 2000, substituted "matter of law" for "notwithstanding the verdict" in Paragraph C(3) and added the last sentence in Paragraph D. Purpose of Paragraph D of this rule is to facilitate the court's efficient disposition of motions generally. Lujan v. City of Albuquerque, 2003-NMCA-104, 134 N.M. 207, 75 P.3d 423. Failure to respond to motion for summary judgment. - Dismissal with prejudice was too severe a sanction against a party who failed to respond to opponent's motion for summary judgment, failing a satisfactory explanation by the district court for ordering dismissal with prejudice. Lujan v. City of Albuquerque, 2003-NMCA-104, 134 N.M. 207, 75 P.3d 423. The proper manner in which to request entry of an order granting a motion for summary judgment and to request entry of judgment of dismissal with prejudice, when the order and judgment are sought based on failure to timely respond to a motion for summary judgment, is through a written motion as provided under Paragraph A and Subparagraph (1) of Paragraph B of this rule, providing fifteen days to respond after service of the motion pursuant to Paragraph D of this rule. Lujan v. City of Albuquerque, 2003-NMCA-104, 134 N.M. 207, 75 P.3d 423. Am. Jur. 2d, A.L.R. and C.J.S. references. - 56 Am. Jur. 2d Motions, Rules and Orders §1*

*et seq. 60 C.J.S. Motions and Orders §11.*

Previous Section
Rule 1-007 - Pleadings allowed; form of motions

Next Section
Rule 1-007.2 - Time limit for filing motion to compel arbitration

About us

Jobs

News

Twitter

Facebook

LinkedIn

Instagram

Help articles

Customer support

Contact sales

Cookie Settings

Do Not Sell or Share My Personal Information/Limit the Use of My Sensitive Personal Information

Privacy

Terms

© 2024 Casetext Inc.

Casetext, Inc. and Casetext are not a law firm and do not provide legal advice.

Exhibit B

July 30
5:02 PM

Edit

hrb.dws.state.nm.us

# Confirmation

Your request to speak with an investigator has been submitted. We will contact you within two weeks to set up an appointment.
Please retain this reference number:
**24-07-0895-E** .

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**NOTICE OF COMPLETION OF BRIEFING**

Defendant Las Cruces Public Schools, by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby gives notice that briefing with regard to Plaintiff's *Motion to Amend a Standing Lawsuit*, filed on July 24, 2024, in this matter has been completed.

The following documents have been filed:

1. *Motion to Amend a Standing Lawsuit*, filed July 24, 2024;

2. *Defendant's Response in Opposition to Plaintiff's Motion to Amend a Standing Lawsuit*, filed August 12, 2024; and

3. *Response to Response Motion*, filed August 26, 2024.

The Motion is now ripe for decision.

MYNATT SPRINGER P.C.
ATTORNEYS

Blaine T. Mynatt
Bradley A. Springer†
Benjamin J. Young
Sara E. Woods†
Alan J. Dahl
Haley R. Grant
Shelton J. Cotton†
Robert A. Cabello
Kaitlyn F. Gonzalez

†Also licensed in Texas

August 26, 2024

**VIA EMAIL ONLY**

Stephanie Liu
5190 Granite Street
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

***Re: Liu v. Las Cruces Public Schools D-307-CV-2024-1149***

Dear Ms. Liu:

Enclosed you will find *Notice of Completion of Briefing* that was submitted to be filed with the Court on today's date.

Please do not hesitate to contact our office with any questions or concerns.

Sincerely,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
ALAN J. DAHL

BTM/AJD/am/1130-121
Enclosures as noted

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of August 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED IN
SEP 10 2024
9:11am
DISTRICT COURT,
DONA ANA COUNTY, NM

FILED IN
SEP 11 2024
8:06am
DISTRICT COURT,
DONA ANA COUNTY, NM
Filed in error

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT COURT

Stephanie ~~Lynn Liu~~, Plaintiff(s)
*(print first, middle and last name)*

v.

Case No: D-307-CV/CR 2024-1149
(circle one)

Judge: Casey B. Fitch

Las Cruces Public School, Defendant(s).
*(print first, middle and last name)*

# REQUEST FOR HEARING

***(YOU MUST FILE THIS REQUEST TO GET A HEARING [COURT DATE] ABOUT YOUR MOTION)***

1. I NEED A HEARING ABOUT: ☒ MOTION TO/FOR Respond to Defendant's Reply
2. I REQUEST INTERPRETATION SERVICES (CHECK ONE): ☐ YES ☒ NO
   IF YES, PLEASE DESCRIBE WHAT YOU NEED: N/A
3. ✔ HOW LONG YOU THINK IT WILL TAKE TO TALK TO THE JUDGE: ☒ 15 MINUTES ☐ 30 MINUTES ☐ 1 HOUR ☐ MORE THAN 1 HOUR
4. ✔ IS THERE A HEARING ALREADY SCHEDULED IN THIS CASE: ☒ NO ☐ YES - WHEN? N/A
5. ✔ (A OR B) TO CERTIFY THAT THIS REQUEST WILL BE DELIVERED TO ALL OTHER PARTIES: ☒ A - ON THE SAME DAY I FILE THIS REQUEST ☐ B - WITH MY MOTION
6. LIST EVERYONE IN THIS CASE SO THE COURT CAN SEND THEM A NOTICE ABOUT THE HEARING DATE:

| | OTHER PARTY OR THEIR LAWYER | OTHER PARTY OR THEIR LAWYER | ME |
|---|---|---|---|
| *NAME* | Mynatt Springer P.C. | | SEE SIGNATURE BELOW |
| *ADDRESS* | P.O. Box No. 148072 | | USE ADDRESS BELOW |
| *CITY/STATE/ZIP* | Las Cruces, NM 88004 | | USE ADDRESS BELOW |
| *TELEPHONE* | (575) 524-8812 | | USE TELEPHONE BELOW |

btm@mynatt springer.com
ajd

(SIGN YOUR NAME) Stephanie Liu
(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437
(EMAIL ADDRESS) stephaniehanusaliu@gmail.com

***WHEN YOU FILE THIS REQUEST, YOU MUST GIVE THE CLERK STAMPED LETTER ENVELOPES FOR YOU AND FOR EACH PARTY/LAWYER. THE COURT USES THE ENVELOPES TO MAIL OUT THE COURT DATE.***



xc)

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
9/12/2024 12:25 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Sandra Aguirre

**STATE OF NEW MEXICO**
**DONA ANA COUNTY**
**THIRD JUDICIAL DISTRICT COURT**

**STEPHANIE L LIU**
**V.**
**LAS CRUCES PUBLIC SCHOOLS** **No: D-307-CV-2024-01149**

# AMENDED NOTICE OF Motion Hearing

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Casey B. Fitch, as follows:

| | |
|---|---|
| Date of Hearing: | **Wednesday, 9th day of October, 2024 at 8:30 AM** |
| Place of Hearing: | **Hearing will be held via google meets. Please join by using one or both of the options provided below:**<br>**TELEPHONE: 1-405-463-2188 PIN: 699 388 975#**<br>**VIDEO: meet.google.com/fyo-rhct-eye** |
| Matter to be Heard: | Plaintiff's Motion to Amend / Defendant's Motion to Dismiss / Defendant's request for Scheduling Conference / Motion to respond to Defendant's reply |
| Comments: | ***Reset due to Judge Fitch unavailability on 9/30/2024*** |
| Length of Hearing: | 2 Hours |

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. New Mexico Courts comply with the Americans with Disabilities Act and Title VI. If you need accommodations or the services of an interpreter in court, email or call the court as soon as possible to inform us. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made.

CLERK OF THE DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, the undersigned Employee of the District Court of Dona Ana County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 9/12/2024.

STEPHANIE L LIU
ALAN JEFFERSON DAHL
BLAINE TURNER MYNATT

By: Nicole R Yabeuez

**File Copy**

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
9/30/2024 2:45 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Rosie Stewart

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO FILE A SURREPLY**

Defendant Las Cruces Public Schools, by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby submits its response in opposition to Plaintiff's Motion to File a Surreply.

**INTRODUCTION**

On July 29, 2024, LCPS filed a motion to dismiss Plaintiff's Civil Complaint alleging unlawful discrimination on the grounds that Plaintiff had failed to exhaust her administrative remedies under the New Mexico Human Rights Act ("NMHRA"). *See D's. Mot. to Dismiss* (filed July 29, 2024) ("Motion to Dismiss"). On August 14th, the Plaintiff responded, stating that she had been unaware of the NMHRA remedies and providing evidence that she is now pursuing administrative relief. *See Pl's. Resp. to Mot*. (filed Aug. 14, 2024). The Defendant submitted a brief reply in support of the Motion to Dismiss on September 3rd, pointing out that Plaintiff's response only confirmed that she has not yet exhausted her administrative remedies. *See D's. Reply in Supp. Mot. to Dismiss* (filed Sept. 3, 2024) ("Reply in Support"). Importantly, this Reply in Support did not introduce any new evidence or arguments into the record.

Now, Plaintiff is requesting leave to file a surreply concerning the Motion to Dismiss. *See Pl's. Mot. in a Civil Matter* at 1-3 (filed Sept. 10, 2024) ("Motion for Surreply"). The basis for this request is unclear. The Motion to Dismiss has been fully briefed and Plaintiff has had a fair opportunity to respond to the Defendant's arguments. Consequently, a surreply is both unnecessary and inappropriate.

**ARGUMENT**

The Court should use its discretion to deny Plaintiff's Motion for Surreply because the Defendant did not insert any new information or arguments into its Reply in Support that would warrant a response from the Plaintiff. In motion practice, parties are generally not allowed to file surreplies as a matter of right. Rule 1-007.1 NMRA, which governs motion practice before the district court, allows for a motion, followed by response, followed by a reply and a notice of completion of briefing. Courts may, however, grant leave to a surreply as a matter of discretion. *See Dollens v. Wells Fargo Bank, N.A.*, 2015-NMCA-096, ¶ 23.

While there is a dearth of local case law explaining when a surreply is warranted, the federal courts have opined that surreplies should be permitted when a moving party advances either new arguments or new evidence in its reply. *See Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005) ("Generally, the nonmoving party should be given an opportunity to respond to new material raised for the first time in the movant's reply."); *Poncho-Alderete v. United States*, 2024 U.S. Dist. LEXIS 58737, at *2 (D.N.M. Mar. 29, 2024) (citing *Beaird v. Seagate Tech.*, 145 F.3d 1159, 1164 (10th Cir. 1998). This is a simple matter of fairness, as it ensures the non-movant has a chance to respond to the new material.

By contrast, when a reply introduces no new material, a surreply is unwarranted. *See Chung v. Lamb*, 73 F.4th 824, 833 (10th Cir. 2023) (affirming a district court's rejection of a surreply due

to the absence of new arguments in a reply); *see also Perna v. Bd. of Cty. Comm'rs of the Cty. of Bernalillo*, No. 1:22-cv-00292-MLG-KRS, 2023 U.S. Dist. LEXIS 236896, at *3 (D.N.M. Apr. 10, 2023) (citing *Beck v. Univ. of Wis. Bd. of Regents*, 75 F.3d 1130, 1134 n.1 (7th Cir. 1996)) ("where a reply does not 'spring upon the opposing party' new grounds for support but merely addresses matters raised in the response, a surreply is not appropriate.").

Here, the Defendant introduced no new arguments or information into the Reply in Support of its Motion to Dismiss. As it had in its original motion, the Defendant pointed out that Plaintiff has yet to exhaust her administrative remedies under the ADA and her Complaint must, consequently, be dismissed. *See* Reply in Support at 1. At most, it noted that the information the Plaintiff provided in her response supported the absence of administrative exhaustion. *See id*. In the absence of new arguments or evidence, there is simply no justification for a surreply.

Having addressed the absence of any grounds for a surreply, Defense Counsel takes this opportunity to confront the ethical accusations in Plaintiff's Motion for Surreply. There, the Plaintiff alleges that Defense Counsel (1) lied and told her that briefing was complete on the Motion to Dismiss before filing the Defendant's reply and (2) that they then tried to silence and threaten her. *See* Motion for Surreply at 2-3.

With respect to the allegation of lying, as Plaintiff's own attachments to her Motion show, Defense Counsel did not inform her that briefing was complete on the Motion to Dismiss only to surprise her with an additional filing. *See id*. at 10-12. Rather, the Defense notified the Court that briefing was complete on an entirely separate motion—Plaintiff's *Motion to Amend Standing Lawsuit*, filed July 24, 2024—and provided a copy of the notice of completion of briefing to the Plaintiff. *See id*.

Plaintiff's allegation of "silencing and threatening behavior" (*see id.* at 3) is equally baseless. On September 3rd, after receiving the *Defendant's Reply in Support of its Motion to Dismiss*, Plaintiff emailed Defense Counsel's office indicating she would file a response. *See* Exhibit A, Email Corresp. btwn. A. Dahl and S. Liu at 3 (Sept. 3, 2024). To prevent unnecessary and avoidable motion practice, Defense Counsel notified her that a response would be inappropriate and that they would ask the Court to strike any such response and grant attorney's fees. *See id.* at 1-2. Although Plaintiff may not have enjoyed the bluntness of this communication, it was not threatening or silencing.

In short, there is no merit to Plaintiff's suggestion that Defense Counsel has engaged in unethical or abusive conduct.

## CONCLUSION

Given that the Defendant did not provide any new information or arguments that need addressing in its Reply in Support, Plaintiff's Motion for Surreply must be denied. Further, Plaintiff should be instructed to avoid unfounded accusations of misconduct against opposing counsel during the course of litigation.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of September 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

**From:** Stephanie Liu
**To:** Alan J. Dahl
**Cc:** Adriana Moya; Blaine Mynatt; Tracy Castle Diaz
**Subject:** Re: Stephanie Liu v. LCPS
**Date:** Tuesday, September 3, 2024 8:44:57 PM
**Attachments:** image001.png

---

Am I costing you money dealing with all of this? I sure hope so. You definitely have it. And, I don't care about that. I care about my two kids. When will everyone realize? Oh wait, costing LCPS money, Correct.

On Tue, Sep 3, 2024 at 8:40 PM Stephanie Liu <stephaniehanusaliu@gmail.com> wrote:

> Going to file at court against Chenyu tomorrow from barring me from having proper registration for my vehicle, thereby endangering my safety.
>
> That's when I shall ask: can I respond to Mynatt's new response? Self Help is helpful. Greedy people are not.
>
> On Tue, Sep 3, 2024 at 2:16 PM Stephanie Liu <stephaniehanusaliu@gmail.com> wrote:
>
>> Also, I don't like being silenced by people with power & resources: Raul, Chenyu, the school district, you. I will be going into the court to the Self Help desk to ask if I can respond again.
>>
>> Strike it from the record?
>> You haven't succeeded in doing that yet.
>> My lawsuit was considered when filed and not immediately dismissed.
>>
>> On Tue, Sep 3, 2024 at 2:08 PM Stephanie Liu <stephaniehanusaliu@gmail.com> wrote:
>>
>>> Thanks for your explanation. The case doesn't deserve a dismissal. Discrimination and fraud have taken place. No money you ask me to pay you will ever be seen. I don't have it. The opposite would be very logical.
>>>
>>> People acting lawfully and fairly in the school district would save my time immensely. Please circulate that.
>>>
>>> Thank you for your understanding of this matter.
>>>
>>> Have a nice day.
>>>
>>> On Tue, Sep 3, 2024 at 1:42 PM Alan J. Dahl <ajd@mynattspringer.com> wrote:
>>>
>>>> Dear Ms. Liu,
>>>>
>>>> In the interest of saving your time and our own, please be aware that when a party files a motion, the party opposing the motion files a single response, then the party filing the motion files a reply. Without the court's permission, that is all the briefing that is allowed. If you doubt this, we welcome you to review Rule 1-007.1 NMRA, the text of which can be found at https://casetext.com/rule/new-mexico-court-rules/new-mexico-rules-of-civil-

procedure-for-the-district-courts/article-3-pleadings-and-motions/rule-1-0071-motions-how-presented.

In this case, we moved to dismiss, you responded, and we filed a reply. Briefing is now complete. If you attempt to file another response we will ask the Court to strike it from the record and to order you to pay for any time we have to spend addressing your filing.

Thank you for your attention to this matter,

**Alan J. Dahl**

**Attorney at Law**

**Mynatt Springer P.C.**

**1660 Hickory Loop, Las Cruces, NM 88005**

**P.O. Box 2699, Las Cruces, NM 88004**

**Main: (575) 524-8812 | Direct: (575) 524-8155 | Fax: (575) 524-0726**

**ajd@mynattspringer.com**

MYNATT SPRINGER P.C. ATTORNEYS

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** Stephanie Liu <stephaniehanusaliu@gmail.com>
**Sent:** Tuesday, September 3, 2024 1:08 PM
**To:** Adriana Moya <am@mynattspringer.com>
**Cc:** Blaine Mynatt <btm@mynattspringer.com>; Alan J. Dahl <ajd@mynattspringer.com>; Tracy Castle Diaz <td@mynattspringer.com>
**Subject:** Re: Stephanie Liu v. LCPS

Very. Busy.

With all the many court attacks, unjustified ones

On Tue, Sep 3, 2024 at 1:07 PM Stephanie Liu <stephaniehanusaliu@gmail.com>

wrote:

Chenyu Liu just tried to steal my car from me, so forgive me if I take another 14 days to do so.

On Tue, Sep 3, 2024 at 1:05 PM Stephanie Liu <stephaniehanusaliu@gmail.com> wrote:

Received.

I will look into invalidating the Completion of Briefing, because I'm not done responding. You just responded again, so I can also respond again.

On Tue, Sep 3, 2024 at 10:20 AM Adriana Moya <am@mynattspringer.com> wrote:

Good morning Ms. Liu,

Attached you will find correspondence dated today, with enclosures, regarding the above matter. Thank you!

**Sincerely,**

**Adriana Moya**
**Paralegal**
**Mynatt Springer P.C.**
**1660 Hickory Loop, Las Cruces, NM 88005**
**P.O. Box 2699, Las Cruces, NM 88004**
**Main: (575) 524-8812 | Direct: (575) 222-4411 | Fax: (575) 524-0726**
**am@mynattspringer.com**

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

FILED IN
OCT 07 2024
@3:27pm
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT COURT

Stephanie Lynn Liu
Petitioner, (Plaintiff)

vs.

Las Cruces Public Schools
Respondent. (Defendant)

D-307-CV-2024-01149

## EXHIBIT LIST

| Exhibit Number/Letter | Description |
|---|---|
| A | Chenyu's handwritten divorce agreement: actually Pro se (joint custody) |
| B | Proof of MSA fraud: former counsel - Scott Ludlow |
| C | Fraudulent MSA: drafted by LCPS paralegal for free (sole custody) |
| D | discriminatory LCPS HR termination: Raul still working |
| E | LCPS HR sub interview |
| F | NM alt. teaching license: qualification proof |
| G | LCPS refusal to hire: discriminatory grounds |
| H | "Surreply" definition |
| | |
| | |

flash drive (A–G)

att. paper (H)

Submitted by:

Stephanie Liu
Signature

Stephanie Liu
Print Name

*(IF ADDRESS IS PROTECTED BY COURT ORDER, SKIP ADDRESS BELOW)*

5190 Granite St.
Address
Las Cruces, NM 88012
City, State, Zip Code
(505) 358-5437
Telephone

## VERIFICATION OF SERVICE

I affirm under penalty of perjury under the laws of the State of New Mexico that on 10-7-24 (date), I (check the applicable item below and fill in all information)

[ ] mailed a copy of this exhibit list by United States mail, postage prepaid, to:

Name: ______________________

Mailing address: ______________________

City, state, and zip code: ______________________;

[ ] delivered a copy of this exhibit list to ______________________ (the other party or the other party's attorney); or

[X] e-mailed a copy of this exhibit list to Mynatt Springer (the other party or the other party's attorney) using the following email address: btm@mynattspringer.com The transmission was reported as complete and without error. The time and date of the transmission was immed-iately after leaving court (a.m.) (p.m.) on 10-7-24 (date).

Stephanie Liu
Signature

10-7-24
Date of Signature

FILED IN
OCT 07 2024
@3:27pm
DISTRICT COURT,
DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu (**Plaintiff**)/**Petitioner,**
*(print first, middle and last name)*

**v.**

**Case No.** D-307-CV-2024-01149
**Judge:** Casey B. Fitch

Las Cruces Public Schools, **Defendant/Respondent.**
*(print first, ~~middle~~ and last name)*

# RESPONSE TO MOTION

## 1. IDENTIFY YOURSELF:

My name is Stephanie Liu. I represent myself.
*PRINT YOUR NAME HERE*

I am the *(✔ CHECK ONE OF THESE BOXES)*
☒ PLAINTIFF or PETITIONER
☐ DEFENDANT or RESPONDENT

## 2. IDENTIFY THE MOTION:

A. I am responding to the following motion: ***(print the title of the motion on this line)***

**MOTION (to or for):** Everything addressed in this Case in Preparation for the Hearing (including an Exhibit List)

## 3. YOUR RESPONSE:

✔ ***CHECK ONE OF THESE BOXES:***

➜ ☒ **I AGREE** with ~~the motion~~ my Lawsuit, and it should be APPROVED.

Please see my Exhibits. (A, B, C, D, E, F, G)

➜ ☐ **I DO NOT AGREE** with the motion and it should NOT BE APPROVED because:

PRINT ALL THE REASONS WHY YOU **DO NOT** WANT THE JUDGE TO ~~APPROVE THE MOTION~~ ---------------------------> Consider the opposing defense:

Responding to:
"Response in Opposition to Plaintiff's Motion to File a Surreply:"
I learned what a "surreply" is.
Thank you, angels of Self Help.
Please see: Exhibit H. I did not file a surreply! The motion wasn't already fully briefed! In my divorce case, the opposing party filed a Completion of Briefing when they didn't want to respond to me, not when they had just spoken. I'm always given 15 days to be heard.)
☆ Please see additional pages.

## 4. RELIEF REQUESTED:

✓ **I RESPECTFULLY ASK** that the Court grant my request in paragraph 3. I also ask that the Court award any other relief it considers fair, proper, and necessary.

Page 2

→ I object, Your Honor, that my recent reply was "unclear," "unnecessary," and "inappropriate?!" That last word: really? The Defendant is pushing hard to dismiss my legitimate proof, and I haven't even been heard - prior to a hearing. It was necessary, because new evidence keeps presenting itself. For example, I recently submitted proof of my NMHRA claim being ignored, contrary to the Defendant saying that I haven't exhausted my administrative remedies.

→ Most importantly, my LCPS Lawsuit is highly complex. It cannot be dismissed based upon one factor: Raul's preferential treatment → Exhibit D
Second factor: Legal fraud. Exhibits A, B, C
Third factor: not hiring an over-qualified candidate as a substitute teacher when the need exists: Exhibits E, F, G, because of district associations and history. Chenyu Liu is also not being properly investigated, because of his position. LCPS HR is internal + biased.

→ Here is my argument: If the Defendant's Reply in Support didn't have new information, they're the unnecessary one!

Page 3

→ Also, that being said, if that is true, the Defendant is harassing and bullying me with reiterations that if repeated enough times... must be true? No. What they say is grounds for dismissal is not dismissal grounds. Failure to prosecute is. That doesn't include me. This is my Life, hence my present participation. "A matter of discretion:" I believe I qualify. I also believe content and context go before arbitrary rules. "A simple matter of fairness?!" As I am a Pro se citizen devoid of resources taking on an entire school district who've hired four lawyers, and the CFO utilized free legal counsel within LCPS to save money, I think that me requesting fairness makes much more sense.

→ The Defendant is talking in circles. I "must be dismissed?" I vehemently oppose that. If anything, with all the confusion, it is more LCPS's refusal to also afford me an attorney that makes me less-familiar with court protocol/procedure. Are they afraid illegalities would become uncovered if... they did? True food for thought

→ "Striking" my responses? Sounds abusive to me.

Respectfully submitted,

Stephanie Liu
(SIGN YOUR NAME)

(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437

## PROOF OF SERVICE

I certify that I delivered a copy of this RESPONSE TO MOTION to all other parties in this case (or their lawyer if they have one) at the address(es) listed below: ***(If there are more parties, attach more sheets)***

TO: Mynatt Springer P.C.
*(Name of other party or their lawyer if they have one)*

AT: btm@mynattspringer.com
*(Their address)* e-mail

WHEN: 10-7-24 *(mo/day/year)*

HOW: ❒ first-class mail ❒ hand-delivery
☒ e-mail

TO: ____________
*(Name of other party or their lawyer if they have one)*

AT: ____________
*(Their address)*

WHEN: ____________ *(mo/day/year)*

HOW: ❒ first-class mail ❒ hand-delivery

Stephanie Liu
(SIGN YOUR NAME)

**NOTICE TO OPPOSING PARTY(IES): YOU HAVE THE RIGHT TO FILE A REPLY TO THIS RESPONSE TO MOTION <u>OR</u> YOU MAY FILE A NOTICE OF COMPLETION OF BRIEFING. FOR MORE IN FORMATION, PLEASE READ RULES 1.007.1A-H AND 1-005 NMRA.**

Exhibit H

Google surreply

All Images Videos News Shopping Forums Web ⋮ More Tools

Or sur-reply | Pronunciation | Meaning | California | Example | Appropriate | Hyphenated | Federal court | Brief

AI Overview

Learn more

A surreply is a second response to a party's opposition to a motion, usually filed by the movant. A court may allow a surreply when a new matter is introduced in the reply motion. The purpose of a surreply is to address and correct inaccuracies in the reply memorandum.

Here are some things to know about surreplies:

- A surreply can only respond to arguments raised in the reply.

37 CFR § 42.23 - Oppositions, replies, and sur-replies.
A sur-reply may only respond to arguments raised in the corresponding reply and may not be accompanied by new...
LII | Electronic Code of Federal Regulations (e-CFR) | US Law | LII ...

Petitioner's Motion for Leave to File Surreply in Opposition to ...

Show more

surreply (plural surreplies) (law) **An additional reply to a motion filed after the motion has already been fully briefed.**

Wiktionary
https://en.wiktionary.org › wiki › surreply

surreply - Wiktionary, the free dictionary

About featured snippets • Feedback

## People also ask

What is a surreply in federal court?

What is the difference between reply and sur reply?

How do you spell surreply?

What is a motion for leave to file surreply?

Feedback

LII / Legal Information Institute
https://www.law.cornell.edu › cfr › text

37 CFR § 42.23 - Oppositions, replies, and sur-replies.

A **sur-reply** may only respond to arguments raised in the corresponding reply and may not be accompanied by new evidence other than deposition transcripts of the ...

District of Maryland (.gov)
https://www.mdd.uscourts.gov › content › responses-an...

Responses and Replies | District of Maryland

**Surreply**. A **surreply** is not permitted to be filed without leave of court. See Local Rules 105.2.a. Therefore, before a **surreply** can be filed, you must: File ...

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
10/28/2024 11:56 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.** **Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**ORDER ON PLAINTIFF'S MOTION TO AMEND AND MOTION FOR A SURREPLY AND DEFENDANT'S MOTION TO DISMISS**

This matter came before the Court upon the Plaintiff's *Motion to Amend a Standing Lawsuit*, filed July 24, 2024; *Defendant's Motion to Dismiss*, filed July 29, 2024; and Plaintiff's *Motion in a Civil Matter* seeking leave to file a surreply to the Defendant's motion, filed September 10, 2024. Following a full briefing of these motions, the Court held a hearing on October 9, 2024, which was attended by the Plaintiff, who is representing herself, and counsel for the Defendant Las Cruces Public Schools. Having considered the briefing and the arguments of both Parties, this Court finds as follows:

1. Plaintiff's current complaint alleges gender discrimination by the Defendant.

2. Plaintiff's proposed amended complaint re-alleges gender discrimination by the Defendant and raises a new allegation that Plaintiff's ex-husband engaged in fraudulent behavior using LCPS resources to coerce Plaintiff into agreeing to divorce and custody terms.

3. Plaintiff did not notify the Defendant, LCPS, that she believed that her ex-husband had misused LCPS resources until after Plaintiff's employment with the Defendant was terminated.

4. Plaintiff has commenced the administrative process before the New Mexico Human Rights Bureau ("NMHRB") but has not yet exhausted her administrative remedies available under the New Mexico Human Rights Act (NMSA 1978, §§ 28-1-1 through 28-1-15) by obtaining an Order of Non-Determination from the NMHRB.

5. Plaintiff has a divorce proceeding pending before Judge Duffin of New Mexico's Third Judicial District Court, as case number D-307-DM-2024-00184, in which she is currently attempting to challenge the terms of her divorce and custody arrangement.

6. Due to Plaintiff's failure to exhaust her administrative remedies, this Court lacks subject matter jurisdiction to hear her claims of gender discrimination.

7. Due to the ongoing divorce proceeding before Judge Duffin, this Court cannot hear Plaintiff's claims related to her divorce and custody terms.

8. The remainder of Plaintiff's allegations in her proposed amended complaint do not give rise to any colorable causes of action.

IT IS THEREFORE ORDERED that Plaintiff's *Motion to Amend a Standing Lawsuit* is not well taken and is denied.

IT IS FURTHER ORDERED that *Defendant's Motion to Dismiss* is well taken and is granted, and this matter is dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's *Motion in a Civil Matter* seeking a surreply, is deemed moot and is therefore denied.

______________________________
HONORABLE CASEY B. FITCH

Submitted and Approved:

MYNATT SPRINGER P.C.

*/s/ Alan J. Dahl*
BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

Approved:

(*approved via email on 10/15/24*)
STEPHANIE LIU
5190 Granite St.
Las Cruces, NM 88012
(505) 358-5437
stephaniehanusaliu@gmail.com
*Pro Se Plaintiff*

4-213.

[1-099]

FILED IN
SN
NOV 08 2024
@9:48AM
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO
DOÑA ANA COUNTY
THIRD JUDICIAL DISTRICT

Stephanie Lynn Liu,

v.

No. D-307-CV2024-1149

Judge: Casey B. Fitch

Las Cruces Public Schools

## ATTORNEY'S CERTIFICATE

I, Stephanie Liu, ~~attorney for~~ Pro Se, certify pursuant to Rule 1-011 NMRA that no fee is required by Rule 1-099 NMRA because the attached paper is:

1. [X] being filed within ninety (90) days of the disposition;
2. [ ] requesting action which may be performed by the clerk of the court or seeking to correct a mistake in the judgment or record filed;
3. [ ] requesting entry of a stipulated order;
4. [ ] seeking only enforcement of a child support order;
5. [ ] being filed by an entity exempt by law from paying a docket fee.

Stephanie Liu
~~Attorney's~~ signature

Stephanie Liu
~~Attorney~~'s name

5190 Granite St.
Address

Las Cruces, NM 88012

(505) 358-5437
Telephone number

**IF THE REQUIRED FEE IS NOT PAID, THE CASE WILL BE CLOSED WITHOUT DISPOSITION OF PENDING MATTERS UNTIL PAYMENT IS MADE.**

---

**FOR CLERK'S USE ONLY**

Fees Paid: [ ] Yes [ ] No [ ] Check [ ] Cash

Clerk: ______________________

[Approved, effective August 1, 2001.]

FILED IN
NOV 08 2024
@9:48Am
DISTRICT COURT,
DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, **Plaintiff(s),**
*(print first, middle and last name)*

**v.** **Case No. D-307-CV/CR** 2024-1149
(Circle one)
**Judge:** Casey B. Fitch

Las Cruces Public Schools, **Defendant(s).**
*(print first, middle and last name)*

# MOTION IN A CIVIL/CRIMINAL MATTER
(Circle one)

1. My name is: Stephanie Lynn Liu
First Middle Last

2. I am the (✔ check one box) ☒ Plaintiff ☐ Defendant

## *I. INFORMATION ABOUT THIS MOTION*

3. I respectfully ask this court for each of the things checked in this paragraph, for the Judge to determine the following issue(s): *(✔ check each box that applies)*

- ☐ To cancel (set aside) a default judgment (entered on ________)
- ☐ To change (modify or amend) an existing order (Print the date order was filed ________)
- ☐ To dismiss this case
- ☐ To enforce an existing order (Print the date order was filed ________)
- ☐ For a hearing to present an order to the Judge (presentment hearing)
- ☐ To reconsider (a judge's decision) (Print the date order was filed ________)
- ☐ To reschedule (a hearing or trial) (set for ________)
- ☐ For a status conference in front of the Judge
- ☐ For a temporary (interim) order
- ☒ OTHER Re-open lawsuit

*(If none of the boxes apply, print on this line what you are asking the court to do)*



XAi

## II. REASONS (GROUNDS) FOR THIS MOTION

4. I want the court to grant (approve) my motion because:
*(Do not write on the back. Attach more pages if needed.)*

Please see: Charge of Discrimination + Order of Non-Determination.

## III. AGREEMENT OF OTHER PARTY(IES)

*Rule 1-007.1 NMRA requires that you find out if all the other parties agree with what you want to do.*

**DOES THE OPPOSING PARTY (or their lawyer) AGREE WITH YOUR MOTION?**

- ☐ Yes.
- ☒ No (or they will not talk to me).
- ☐ I can't talk to them because there is a protective order between us and they do not have a lawyer.
- ☐ I haven't talked to them because:

## IV. PROVING YOU DELIVERED A COPY OF THIS MOTION.

My signature on this motion *certifies* that a copy of this motion was delivered to all other parties (or to their lawyer if they have one).

**YOU MUST FILL-OUT THIS BOX NOW**

| OPPOSING PARTY/LAWYER (✔) | HOW (✔) | DELIVERY DATE |
|---|---|---|
| Party/Lawyer Name: Mynatt Springer<br>Address: btm@mynattspringer.com<br>City/State/Zip: | ☐ mail<br>☐ hand delivery<br>☒ email | ☒ day motion filed<br>or<br>(mm/dd/yyyy) |
| Party/Lawyer Name:<br>Address:<br>City/State/Zip: | ☐ mail<br>☐ hand delivery | ☐ day motion filed<br>or<br>(mm/dd/yyyy) |

**I, RESPECTFULLY ASK** that the Court grant this Motion. I also ask that the Court award any other relief it considers fair, proper, and necessary.

Respectfully submitted,

*(SIGN YOUR NAME)* Stephanie Liu
*(PRINT YOUR NAME)* Stephanie Liu
*(YOUR MAILING ADDRESS)* 5190 Granite St.
*(CITY/STATE/ZIP)* Las Cruces, NM 88012
*(YOUR TELEPHONE)* (505) 358-5437

*Per Rule1-011 NMRA, my signature above indicates that I have read this motion and, to the best of my knowledge, information and belief, there are good grounds to support it, and I am not using this motion to delay the case.*

*NOTICE TO OPPOSING PARTY(IES): You have the right to file a response to this motion. File your response at the Third Judicial District Court, 201 W. Picacho, Las Cruces, NM 88005. See the Rules of Civil Procedure for District Courts for procedures and deadlines.*

SN FILED IN
NOV 0 8 2024
@9:48AM
DISTRICT COURT,
DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, **Plaintiff/Petitioner,**
*(print first, middle and last name)*

**v.**

**Case No. D-307-** CV2024-1149
**Judge:** Casey B. Fitch

Las Cruces Public Schools, **Defendant/Respondent.**
*(print first, middle and last name)*

# Notice of Filing

**Attached for filing with the court is the following:**

- New Mexico Department of Workplace Solutions (Human Rights Bureau) Charge of Discrimination
- NMDWS (HRB) Order of Non-Determination
- NMDWS (HRB) Request for Order of Non-Determination

Respectfully submitted,

Stephanie Liu
(SIGN YOUR NAME)

(PRINT YOUR NAME) Stephanie Liu
(YOUR MAILING ADDRESS) 5190 Granite St.
(CITY/STATE/ZIP) Las Cruces, NM 88012
(YOUR TELEPHONE) (505) 358-5437

☐ ADDRESS PROTECTED: ✔ CHECK THIS BOX IF YOUR ADDRESS AND TELEPHONE NUMBER ARE PROTECTED BY A COURT ORDER.

## PROOF OF SERVICE

I certify that I delivered a copy of this NOTICE to all other parties in this case (or their lawyer if they have one) at the address(es) listed below: ***(If there are more parties, attach more sheets)***

TO: Mynatt Springer
*(Name of other party or their lawyer if they have one)*

AT: btm@mynattspringer.com
*(Their address)*

WHEN: 11-8-24 *(mo/day/year)*

HOW: ☐ first-class mail ☐ hand-delivery
☐ faxed to number
☒ e-mail

TO:
*(Name of other party or their lawyer if they have one)*

AT:
*(Their address)*

WHEN: *(mo/day/year)*

HOW: ☐ first-class mail ☐ hand-delivery
☐ faxed to number

Stephanie Liu
*(SIGN YOUR NAME)*

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[X] FEPA
[X] EEOC

**New Mexico Dept of Workforce Solutions, Human Rights Bureau** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Stephanie Liu** | **(505) 358-5437** | **1985** |

| Street Address | City, State and ZIP Code |
|---|---|
| **5190 Granite Street** | **Las Cruces, NM 88012** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Las Cruces Public Schools** | **500+** | **(575) 527-5800** |

| Street Address | City, State and ZIP Code |
|---|---|
| **505 S. Main Street, Ste. 249** | **Las Cruces, NM 88001** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[X] OTHER **Spousal Affiliation**

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **01/01/2024** | **7/17/2024** |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

STATEMENT OF HARM: I was employed as a music tutor beginning on 10/01/2023. I engaged in a workplace affair with another teacher. When my husband, Chief Financial Officer, Chenyu "Alex" Liu, found about the affair, he used Las Cruces Public School's paralegal to draft his divorce documents, misusing school system resources. When he was investigated, he was not disciplined for fraud. I was terminated on 5/07/2024. The male with whom I had an affair was allowed to work out his contract, while I was terminated immediately. Additionally, I was not selected for a substitute position on 7/17/2024.

STATEMENT OF DISCRIMINATION: I believe I was discriminated against on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, and the New Mexico Human Rights Act, both as amended. I believe I was discriminated against on the basis of spousal affiliation in violation of the New Mexico Human Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

10-31-24 Stephanie Liu

*Date* *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

HRB # 24-07-0895-E

Department of Workforce Solutions
Human Rights Bureau
2600 Cerrillos Road, Santa Fe, NM 87505
Phone: (505) 827-6838 Fax: (505) 827-6878

HRB-9e


| NMAC 9.1.1.10(C) | **Request for Order of Non-Determination and Right-to-Sue Notice from the EEOC** |
|---|---|

CHARGING PARTY: Stephanie Liu

RESPONDENT: Las Cruces Public Schools

EEOC #: 39B-2024-

On the above-referenced charge, the Charging Party requests an Order of Non-Determination be issued by the State of New Mexico Department of Workforce Solutions, Human Rights Bureau (NMHRB) and requests a Notice of Right to Sue from the Equal Employment Opportunity Commission (EEOC).

- The Charging Party understands that the request for Order of Non-Determination means that the above-referenced HRB charge will be closed and the HRB will discontinue processing the charge.

- The Charging Party understands that until their Request for Order of Non-Determination and Request for NRTS is signed and received by the EEOC, their referenced EEOC Charge will remain open and a Notice of Right to Sue will not be issued by the EEOC.

- The Charging Party is aware that the EEOC and the NMHRB protect the Charging Party's right to file a complaint and that it is unlawful for any person covered by the anti-discrimination laws to threaten, intimidate, or harass them because they filed a complaint. The Charging Party states that they have not been forced to request closure of their charge via Order of Non-Determination or to Request Notice of Right to Sue.

- The Charging Party hereby requests the closure of their charge with prejudice via Order of Non-Determination so that they may, if desired, file a complaint in a judicial court of law.

- The Charging Party hereby requests the EEOC issue them a Notice of Right to Sue.

____________________________ _______________

HRB # 24-07-0895-E

Department of Workforce Solutions
Human Rights Bureau
2600 Cerrillos Road, Santa Fe, NM 87505
Phone: (505) 827-6838 Fax: (505) 827-6878

HRB-9e
Page 2 of 1

Signature of Charging Party or Charging Party's Legal Representative *Stephanie Liu*

Date 11-1-24

HRB # 24-11-1206-S

Department of Workforce Solutions
Human Rights Bureau
2600 Cerrillos Road, Santa Fe, NM 87505
Phone: (505) 827-6838 Fax: (505) 827-6878



| NMAC 9.1.1.8(I) | **Order of Non-Determination** |
|---|---|

November 6, 2024

Stephanie Liu
5190 Granite Street
Las Cruces, NM 88012

**Re: Stephanie Liu vs. Las Cruces Public Schools**
EEOC # 39B-2025-00035

Dear Stephanie Liu:

As authorized by Section 28-1-10 (D) of the New Mexico Human Rights Act and the Work Sharing Agreement between the Equal Employment Opportunity Commission and the New Mexico Human Rights Bureau, this letter constitutes an **Order of Non-Determination** as to your complaint. In accordance with *Mitchell-Carr, Smith, Vaughn and Herrera v. Office and Professional Employees International Union Local 251*, 1999-NMSC-025, ¶ 16, 127 N.M. 282, this Order of Non-Determination is issued to afford you the right to pursue your complaint under the Human Rights Act in state district court.

By issuing this Order of Non-Determination, the Bureau has closed this Charge administratively, *with prejudice*. Therefore, you may not file this complaint again with this Bureau. You may obtain a new trial however, by appealing this Order of Non-Determination to the proper district court. According to Section 28-1-13 (A) of the New Mexico Human Rights Act, **you have ninety (90) days** from the date of service of this Order of Non-Determination to file notice of appeal in the district court of the county where the alleged discriminatory practice occurred or where the respondent does business.

The Bureau should not be named as a party to the appeal, unless you have an independent and separate claim against the Bureau. Section 28-1-13 (A) of the Act also requires that you serve a copy of the notice of appeal personally or by certified mail, return receipt requested, at the last known address of all parties. You also must serve a copy of the notice of appeal on the Bureau office in Santa Fe. To properly serve the parties, you must comply with any other service of process requirements set forth in the New Mexico Rules of Civil Procedure at 1-004.

HRB # 24-11-1206-S

Department of Workforce Solutions
Human Rights Bureau
2600 Cerrillos Road, Santa Fe, NM 87505
Phone: (505) 827-6838 Fax: (505) 827-6878



**If you do not timely file a notice of appeal with the appropriate district court, and if you do not properly serve the notice, your right to appeal this order of non-determination to the district court will expire.**

If you have any questions concerning this Order, contact the Human Rights Bureau.

Cady Sartorius
Acting Labor Relations Director

cc: Las Cruces Public Schools
Attn: Human Resources
505 South Main Street, Ste.249
Las Cruces, NM 88001

FILED IN
NOV 08 2024 @ 9:48am
DISTRICT COURT, DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, **Plaintiff(s)**
***(print first, middle and last name)***

**v.** **Case No: D-307-CV/CR** 2024-1149
**(circle one)**

**Judge:** Casey B. Fitch

Las Cruces Public Schools, **Defendant(s).**
***(print first, middle and last name)***

# REQUEST FOR HEARING

***(YOU MUST FILE THIS REQUEST TO GET A HEARING [COURT DATE] ABOUT YOUR MOTION)***

1. I NEED A HEARING ABOUT: ☒ MOTION TO/FOR Re-open Lawsuit
2. I REQUEST INTERPRETATION SERVICES (CHECK ONE): ☐ YES ☒ NO
   IF YES, PLEASE DESCRIBE WHAT YOU NEED: ______
3. ✔ HOW LONG YOU THINK IT WILL TAKE TO TALK TO THE JUDGE: ☒ 15 MINUTES ☐ 30 MINUTES ☐ 1 HOUR ☐ MORE THAN 1 HOUR
4. ✔ IS THERE A HEARING ALREADY SCHEDULED IN THIS CASE: ☒ NO ☐ YES - WHEN? ______
5. ✔ (A OR B) TO CERTIFY THAT THIS REQUEST WILL BE DELIVERED TO ALL OTHER PARTIES: ☒ A - ON THE SAME DAY I FILE THIS REQUEST ☐ B - WITH MY MOTION
6. LIST EVERYONE IN THIS CASE SO THE COURT CAN SEND THEM A NOTICE ABOUT THE HEARING DATE:

| | OTHER PARTY OR THEIR LAWYER | OTHER PARTY OR THEIR LAWYER | ME |
|---|---|---|---|
| *NAME* | Mynatt Springer | | SEE SIGNATURE BELOW |
| *ADDRESS* | btm@mynatt | | USE ADDRESS BELOW |
| *CITY/STATE/ZIP* | springer.com | | USE ADDRESS BELOW |
| *TELEPHONE* | | | USE TELEPHONE BELOW |

*(SIGN YOUR NAME)* Stephanie Liu
*(PRINT YOUR NAME)* Stephanie Liu
*(YOUR MAILING ADDRESS)* 5190 Granite St.
*(CITY/STATE/ZIP)* Las Cruces, NM 88012
*(YOUR TELEPHONE)* (505) 358-5437

***WHEN YOU FILE THIS REQUEST, YOU MUST GIVE THE CLERK STAMPED LETTER ENVELOPES FOR YOU AND FOR EACH PARTY/LAWYER. THE COURT USES THE ENVELOPES TO MAIL OUT THE COURT DATE.***



XAI

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
11/21/2024 9:24 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Sandra Aguirre

**STATE OF NEW MEXICO**
**DONA ANA COUNTY**
**THIRD JUDICIAL DISTRICT COURT**

**STEPHANIE L LIU**
**V.**
**LAS CRUCES PUBLIC SCHOOLS** **No: D-307-CV-2024-01149**

# NOTICE OF Status Hearing/ Conference

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Casey B. Fitch, as follows:

| | |
|---|---|
| Date of Hearing: | **Thursday, 12th day of December, 2024 at 10:30 AM** |
| Place of Hearing: | **Hearing will be held via google meets. Please join by using one or both of the options provided below:**<br>**TELEPHONE: 1-405-463-2188 PIN: 699 388 975#**<br>**VIDEO: meet.google.com/fyo-rhct-eye** |
| Matter to be Heard: | Status Hearing |
| Comments: | |
| Length of Hearing: | 30 Minutes |

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. New Mexico Courts comply with the Americans with Disabilities Act and Title VI. If you need accommodations or the services of an interpreter in court, email or call the court as soon as possible to inform us. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made.

CLERK OF THE DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, the undersigned Employee of the District Court of Dona Ana County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 11/21/2024.

STEPHANIE L LIU
ALAN JEFFERSON DAHL
BLAINE TURNER MYNATT

By: Nicole R. Vasquez

**File Copy**

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
11/26/2024 10:29 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Claudine Bernal

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.**

**Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REOPEN LAWSUIT**

Defendant Las Cruces Public Schools, by and through counsel MYNATT SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl), hereby responds to Plaintiff's November 8, 2024, *Motion in a Civil Matter* seeking to reopen this lawsuit. According to the Plaintiff's filings, she has sought and obtained an Order of Non-Determination from the New Mexico Human Rights Bureau ("NMHRB") and, as such, the Defendant is not opposed to her appealing the Order of Non-Determination to this Court.

In the interest of providing fair notice to the Defendant as to the matters at issue in this lawsuit, however, Defendant requests that Plaintiff either file a Notice of Appeal or an Amended Complaint making clear the exact claims before the Court. This is especially important as Plaintiff alleged violation of both state law and federal law in her Charge before the NMHRB. Defendant has the right know the nature of the claims Plaintiff is appealing so that it can plan its defense accordingly. In sum, Defendant is not opposed to Plaintiff reopening this matter but asks that the Court require her to clarify the claims being brought.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of November 2024, a copy of the foregoing pleading was served on the following via electronic mail:

Stephanie Liu
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com

BLAINE T. MYNATT
ALAN J. DAHL

FILED IN
DEC 13 2024
9:03 am
DISTRICT COURT
DONA ANA COUNTY, NM

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**

Stephanie Lynn Liu, **Plaintiff,**
*(print first, middle and last name)*

**v.**

**Case No.** D-307-CV-2024-1149
**Judge:** Casey Fitch

Las Cruces Public Schools, **Defendant.**
*(print first, middle and last name)*

# Amended CIVIL COMPLAINT

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $__________ and also claims interest and court costs.

3. Plaintiff claims from Defendant personal property of the value of $__________, which is described as follows:
N/A

4. Plaintiff seeks the following additional relief:

5. Plaintiff's claim arises from the following event or transaction:
Please see attached: • Discrimination in violation of: Title VII of the Civil Rights Act 1964 and the New Mexico Human Rights Act: sex + spousal affiliation
• Workplace Fraud Section 30-16-6: Legal Misrepresentation

6. Trial by jury ☒ IS ☐ IS NOT demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*

Respectfully submitted,

*(SIGN YOUR NAME)* Stephanie Liu
*(PRINT YOUR NAME)* Stephanie Liu
*(YOUR MAILING ADDRESS)* 5190 Granite St.
*(CITY/STATE/ZIP)* Las Cruces, NM 88012
*(YOUR TELEPHONE)* (505) 358-5437
**(Email Address)** stephaniehanusaliu@gmail.com

Xc)

# VERIFICATION

**STATE OF NEW MEXICO }**
**} ss**
**COUNTY OF DONA ANA }**

I Stephanie Lynn Liu, being first duly sworn upon my oath, depose and state that I am the PLAINTIFF in the above-entitled cause. I state that the contents of this COMPLAINT are true and correct, except to the matters stated on information and belief, and those matters I believe to be true.

Stephanie Liu
*(SIGN YOUR NAME)*

Stephanie Liu
*(PRINT YOUR NAME)*

SUBSCRIBED AND SWORN to before me on this 13 day of December, 20 24, by: Stephanie Liu, Petitioner.

STATE OF NEW MEXICO
NOTARY PUBLIC
ELSA GOMEZ
COMMISSION # 1049784
EXPIRES APRIL 27, 2025

E Gomez
Notary public or other officer authorized to administer oaths

Notary
Title

My commission expires: ☐ Indefinite ☒ Date 4-27-2025

New Mexico Workforce Solutions, Human Rights Bureau and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Stephanie Liu | (505) 358-5437 | 1985 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5190 Granite Street | Las Cruces, NM 88012 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Las Cruces Public Schools | 500+ | (575) 527-5800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 505 S. Main Street, Ste. 249 | Las Cruces, NM 88001 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[X] OTHER Spousal Affiliation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01/01/2024 Latest: 7/17/2024
[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

STATEMENT OF HARM: I was employed as a music tutor beginning on 10/01/2023. I engaged in a workplace affair with another teacher. When my husband, Chief Financial Officer, Chenyu "Alex" Liu, found about the affair, he used Las Cruces Public School's paralegal to draft his divorce documents, misusing school system resources. When he was investigated, he was not disciplined for fraud. I was terminated on 5/07/2024. The male with whom I had an affair was allowed to work out his contract, while I was terminated immediately. Additionally, I was not selected for a substitute position on 7/17/2024.

STATEMENT OF DISCRIMINATION: I believe I was discriminated against on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, and the New Mexico Human Rights Act, both as amended. I believe I was discriminated against on the basis of spousal affiliation in violation of the New Mexico Human Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

In New Mexico, the law most likely to be broken in case of workplace fraud is "Fraud" under NMSA 1978, Section 30-16-6 which defines fraudulent conduct as taking something of value from another person using deceptive practices or representations, with the severity of the crime depending on the value of the item taken; this can be considered a felony depending on the circumstances.

## Key points about this law:

**Intent to deceive:**

To be considered fraud, the action must be done with the intent to cheat and defraud.

**Scope of fraud:**

This statute covers a wide range of fraudulent activities in the workplace, including misrepresenting facts, creating false documents, or embezzling company funds.

# Other relevant New Mexico laws that might apply in specific workplace fraud scenarios:

## New Mexico False Claims Act:

If the fraud involves submitting false claims to the government, this law could be implicated.

## Deceptive Trade Practices Act:

If the fraudulent activity is directed towards customers or involves misleading advertising, this law could be relevant.

## Whistleblower Protection Laws:

If an employee reports fraudulent activity in the workplace and faces retaliation, they may have legal recourse under whistleblower protection laws.

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
12/16/2024 4:43 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Samantha Groom

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STEPHANIE LIU,**

**Plaintiff,**

**v.** **Cause No. D-307-CV-2024-01149**
**Judge Casey B. Fitch**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT**

This matter comes before the Court upon the Plaintiff's motion to re-open this litigation, filed on November 8, 2024. The Court, having reviewed the Parties' filings, having held a status conference attended by all Parties on December 12, 2024, and being otherwise fully informed FINDS as follows:

1. This cause number was previously dismissed without prejudice because Plaintiff had yet to pursue administrative remedies before the New Mexico Human Rights Bureau ("NMHRB").

2. The Plaintiff subsequently filed a charge before the NMHRB and has obtained an Order of Non-Determination.

3. Pursuant to the New Mexico Human Rights Act section 28-1-13(A) and Rule 1-076(B) NMRA, Plaintiff may appeal the Order of Non-Determination to this Court by filing a complaint.

4. As Plaintiff filed her original Complaint in this matter prior to commencing her proceedings before the NMHRB, it is proper under State statute and the New Mexico Rules of Civil Procedure that she now submit an amended complaint to re-open these proceedings.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff shall file an amended complaint with this Court within fifteen (15) calendar days from the date of this Order if she wishes to appeal the NMHRB's Order of Non-Determination.

IT IS FURTHER ORDERED that Plaintiff's amended complaint shall contain a description of the claims that she is bringing, including the laws upon which those claims are based, to ensure fair notice to all parties of the claims being brought in this action.

IT IS SO ORDERED.

______________________________
HONORABLE CASEY B. FITCH

Submitted and Approved:

MYNATT SPRINGER P.C.

*/s/ Alan J. Dahl*
BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

Approved:

*Contacted – Does Not Approve Nor Disapprove*
STEPHANIE LIU
5190 Granite St.
Las Cruces, NM 88012
(505) 358-5437
stephaniehanusaliu@gmail.com
*Pro Se Plaintiff*