# New Mexico Courts
## Case Lookup

Exit

Name Search | Case Number Search | DWI Search

Case Detail

## Stephanie L Liu v. LAS CRUCES PUBLIC SCHOOLS

**CASE DETAIL**

| CASE NUMBER | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-307-CV-202401149 | Fitch, Casey B. | 05/14/2024 | LAS CRUCES DISTRICT |

**PARTIES TO THIS CASE**

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | LAS CRUCES PUBLIC SCHOOLS |
| | | ATTORNEY: | MYNATT BLAINE TURNER |
| | | ATTORNEY: | DAHL ALAN JEFFERSON |
| P | Plaintiff | 1 | LIU STEPHANIE L |

**HEARINGS FOR THIS CASE**

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 12/12/2024 | 10:30 AM | Status Hearing/ Conference | Fitch, Casey B. | LAS CRUCES DISTRICT COURT | Courtroom 8 |
| 10/09/2024 | 8:30 AM | Motion Hearing | Fitch, Casey B. | LAS CRUCES DISTRICT COURT | Courtroom 8 |

**CIVIL COMPLAINT DETAIL**

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 11/08/2024 | 1 | OPN: COMPLAINT | | |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|
| 1 | Contract Wrongful Termination |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 05/14/2024 | 1 | CLS: JUDGMENT/ DISPOSITION | Dismiss/Decided By Dispositive Motion/Dismiss by Judge/Party | 10/28/2024 |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|

**EXHIBIT 4**

| | |
|---|---|
| 1 | Contract Wrongful Termination |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 12/16/2024 | ORD: ORDER | | P | 1 | |
| | Order Directing Plaintiff to file Amended Complaint | | | | |
| 12/16/2024 | COURT MINUTE/PROCEEDINGS | | | | |
| | Status Hearing/Conference - 12-12-2024 - Result: Held - Monitor: Michele Nevarez | | | | |
| 12/13/2024 | AMENDED COMPLAINT | | P | 1 | |
| 11/26/2024 | RESPONSE | | | | |
| | Defendant's Response to Plaintiff's Motion to Reopen Lawsuit | | | | |
| 11/21/2024 | NTC: HEARING | | P | 1 | |
| | Notice of Status Hearing/Conference - December 12, 2024 at 10:30AM | | | | |
| 11/08/2024 | NTC: OF FILING | | P | 1 | |
| | Notice of Filing | | | | |
| 11/08/2024 | ATTORNEY'S AFFIDAVIT | | | | |
| | Attorney's Certificate | | | | |
| 11/08/2024 | REQUEST FOR HEARING/ SETTING | | P | 1 | |
| | Motion to Re-Open Lawsuit | | | | |
| 11/08/2024 | RPN: MOTION/ PETITION TO REOPEN | | P | 1 | |
| | Motion to Re-Open Lawsuit | | | | |
| 10/28/2024 | CLS: DISMISS WITHOUT PREJUDICE | | P | 1 | |
| 10/10/2024 | COURT MINUTE/PROCEEDINGS | | | | |
| | Motion Hearing - 10-09-2024 - Result: Held - Monitor: Diana Palmer | | | | |
| 10/07/2024 | EXHIBIT LIST | | P | 1 | |
| | Exhibit List | | | | |
| 10/07/2024 | RESPONSE | | P | 1 | |
| | Response to Motion | | | | |
| 09/30/2024 | RESPONSE | | D | 1 | |
| | Response in Opposition to Plaintiff's Motion to File a Surreply | | | | |
| 09/12/2024 | NTC: HEARING | | P | 1 | |
| | Amended Notice of Motion Hearing - October 9, 2024 at 8:30AM | | | | |
| 09/10/2024 | REQUEST FOR HEARING/ SETTING | | P | 1 | |
| 09/10/2024 | MTN: MOTION | | P | 1 | |
| | Motion to Respond to Defendant's Reply | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 09/03/2024 | NTC: COMPLETION OF BRIEFING | | | | |
| | Notice of Completion of Briefing (Def's MTD) | | | | |
| 09/03/2024 | REPLY/ RESPONSE TO MEMORANDUM BRIEF | | | | |
| | Defendant's Reply in Support of Motion to Dismiss | | | | |
| 08/26/2024 | NTC: COMPLETION OF BRIEFING | | | | |
| 08/26/2024 | RESPONSE | | P | 1 | |
| | Response to Response | | | | |
| 08/14/2024 | RESPONSE | | P | 1 | |
| | Response to Motion for Dismissal | | | | |
| 08/12/2024 | RESPONSE | | | | |
| | Defendant's Response in Opposition to Plaintiff's Motion to Amend A Standing Lawsuit | | | | |
| 07/30/2024 | NTC: HEARING (MOTION) | | D | 1 | |
| | Telephonic set for 9/30/24 @ 8:30 am | | | | |
| 07/29/2024 | REQUEST FOR HEARING/ SETTING | | | | |
| | Request for Hearing (Rule 16 Sched Conf) | | | | |
| 07/29/2024 | REQUEST FOR HEARING/ SETTING | | | | |
| | Request for Hearing (Def's MTD) | | | | |
| 07/29/2024 | MTN: TO DISMISS | | | | |
| | Defendant's Motion to Dismiss | | | | |
| 07/24/2024 | REQUEST FOR HEARING/ SETTING | | P | 1 | |
| | Amend a Standing Lawsuit | | | | |
| 07/24/2024 | REQUEST FOR HEARING/ SETTING | | P | 1 | |
| 07/24/2024 | MTN: MOTION TO AMEND/ MODIFY | | P | 1 | |
| 07/17/2024 | DCM (Differentiated Case Management) SCHEDULING REPORT | | P | 1 | |
| | Plaintiff's Scheduling Report | | | | |
| 07/15/2024 | NTC: OF INTENT | | D | 1 | |
| | Defendant's Notice of Intent to Call Expert Witnesses | | | | |
| 07/15/2024 | DCM (Differentiated Case Management) SCHEDULING REPORT | | D | 1 | |
| | Defendant's Scheduling Report | | | | |
| 07/09/2024 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| | Notice of Judge Reassignment | | | | |
| 06/13/2024 | ANSWER | | D | 1 | |
| | Answer to Civil Complaint | | | | |
| 06/04/2024 | NTC: NOTICE | | D | 1 | |
| | Notice of Peremptory Excusal | | | | |
| 06/04/2024 | ENTRY OF APPEARANCE | | D | 1 | |
| | Entry of Appearance for Las Cruces Public Schools | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 05/15/2024 | SUMMONS RETURN | | D | 1 | |
| | Respondent served with Complaint on May 14, 2024 | | | | |
| 05/14/2024 | DCM (Differentiated Case Management) Scheduling Order | | P | 1 | |
| 05/14/2024 | | | | | |
| 05/14/2024 | OPN: COMPLAINT | | P | 1 | |
| | Civil Complaint | | | | |

**JUDGE ASSIGNMENT HISTORY**

| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 07/09/2024 | Fitch, Casey B. | 2 | Judge Recused |
| 05/14/2024 | Arrieta, Manuel I. | 1 | INITIAL ASSIGNMENT |

Return Print

©2007 New Mexico Courts