IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STEPHANIE LIU,**

      **Plaintiff,**                                                        Cause No. 2:24-cv-1269 SMD/KRS

v.

**LAS CRUCES PUBLIC SCHOOLS,**

      **Defendant.**

### **STIPULATED ORDER SETTING PRETRIAL DEADLINES**

On February 25, 2025, the Court held a status conference at which both parties agreed to the entry of a scheduling order in this matter. The Court directed the parties to confer and provide the Court a stipulated order. The parties have conferred and agreed upon the below deadlines which the Court now adopts as the pretrial deadlines in this matter.

This matter is assigned to a standard case management track.

Plaintiff has until **March 31, 2025,** to amend pleadings and/or join additional parties.

Defendant has until **April 28, 2025,** to amend the pleadings and/or join additional parties. If Defendant's motion for partial dismissal [Doc. 4] is not decided by April 28, 2025, Defendant will be permitted a reasonable time to amend and/or join following entry of the Court's order on that motion.

Each party shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission with responses due **30** days after service. Each party shall be limited to a maximum of **5** depositions with each deposition limited to maximum of **4** hours, except for the depositions of parties and experts. The length of depositions may be extended by agreement of parties.

All expert witnesses must be disclosed by the parties, even if the expert is not required to submit an expert report. *See Musser v. Gentiva Health Servs.*, 356 F.3d 751, 756-57 (7th Cir. 2004); Fed. R. Civ. P. 26(a)(2)(B) & (C); D.N.M.LR-Civ. 26.3(b). Plaintiff shall identify in writing any expert witness to be used by Plaintiff at trial and provide expert reports or other disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) & (C) no later than **May 26, 2025**. Defendant shall identify in writing any expert witness to be used by Defendant at trial and provide expert reports or other disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) & (C) no later than **June 23, 2025.**

The termination date for discovery is **July 31, 2025**, and discovery shall not be reopened, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be completed on or before the above date. Service of written discovery shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective orders) shall be filed within the twenty-one-day time limit set forth in Local Rule of Civil Procedure 26.6. *See* D.N.M.LR-Civ. 26.6.

Dispositive pretrial motions not related to discovery shall be filed with the Court and served on opposing parties by **August 29, 2025**. Any dispositive pretrial motion not related to discovery filed after the deadline shall be considered untimely in the discretion of the Court.

IT IS SO ORDERED this 31st day of March, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

*Prepared and Approved by:*

MYNATT SPRINGER P.C.

_____
BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*

*Approved by:*


*Approved via Email (2/26/25)*
Stephanie Liu
stephaniehanusaliu@gmail.com
*pro se*