IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHANIE LIU,

    Plaintiff,                                              Cause No. 2:24-cv-1269 SMD/KRS

v.

LAS CRUCES PUBLIC SCHOOLS,

    Defendant.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter comes before the Court on the *Unopposed Motion to Withdraw and Substitution of Counsel* filed on April 10, 2025 [Doc. 25]. The Court, having reviewed the Motion, and being otherwise fully informed, finds the Motion to be well taken and should be GRANTED.

IT IS THEREFORE ORDERED that MYNATT SPRINGER P.C. is hereby withdrawn as counsel of record for Defendant Las Cruces Public Schools ("LCPS").

IT IS SO ORDERED this 14th day of April, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:
MYNATT SPRINGER P.C.

 /s/  Alan J. Dahl
BLAINE T. MYNATT
New Mexico Bar No. 9471
ALAN J. DAHL
New Mexico Bar No. 148072
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
btm@mynattspringer.com
ajd@mynattspringer.com
*Attorneys for Defendant LCPS*