IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHANIE LIU,

    Plaintiff,                                         Cause No. 2:24-cv-1269 SMD/KRS

v.

LAS CRUCES PUBLIC SCHOOLS,

    Defendant.

## ORDER TO VACATE STIPULATED ORDER SETTING PRETRIAL DEADLINES

THIS MATTER comes before the Court on the *Joint Motion to Vacate the Stipulated Order Setting Pretrial Deadlines*, filed on May 23, 2025 [Doc. 30]. The Court, having reviewed the Motion, and being otherwise fully advised, finds that the Parties have shown good cause and the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the present Stipulated Order Setting Pretrial Deadlines be vacated and that the Court will set a status conference to discuss new deadlines following the Court's decisions on *Las Cruces Public School's Motion for Partial Dismissal* [Docs. 4, 17, 20] and *Plaintiff's Motion to Join a Party* [Docs. 23, 27, 29].

IT IS SO ORDERED this 29th day of May, 2025.

                                                                        KEVIN R. SWEAZEA
                                                                        UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.

By: <u>*/s/ Kateri G. West – Electronically Signed*</u>
  Denise M. Chanez
  Kateri G. West
  5600 Wyoming Blvd., NE, Suite 200
  Albuquerque, New Mexico 87109
  Telephone: (505) 340-3443
  Facsimile: (505) 212-0035
  E-Mail: dchanez@sclawnm.com
  E-Mail: kwest@sclawnm.com
  *Attorneys for Las Cruces Public Schools*

Approved by:

<u>*Approved via email May 23, 2025*</u>
  Stephanie Hanusa (fka Stephanie Liu)
  Plaintiff, *pro-se*
  5190 Granite St.
  Las Cruces, NM 88012
  stephaniehanusaliu@gmail.com
  stephaniehanusa@gmail.com