## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STEPHANIE LIU,

      Plaintiff,                                        Cause No. 2:24-cv-1269 GBW/KRS

v.

LAS CRUCES PUBLIC SCHOOLS,

      Defendant.

### LAS CRUCES PUBLIC SCHOOLS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Defendant Las Cruces Public Schools ("LSPS") hereby answers Plaintiff's First Amended Complaint ("FAC") [Doc. 1-1] as follows:

### FIRST DEFENSE:  ANSWER TO ALLEGATIONS

1. LSPS admits the allegations set forth in Paragraph 1 of the FAC.

2. Answering Paragraph 2 of the FAC, LSPS denies that any award of monetary damages, including interest or court costs, are due to Plaintiff.

3. Paragraph 3 of the FAC sets forth a claim for property damage, marked N/A, to which no response is required. To the extent that a response is deemed necessary, LSPS admits that Plaintiff does not have any property damages claim against LSPS.

4. Paragraph 4 of the FAC sets forth a claim for additional relief, left blank, to which no response is required. To the extent that a response is deemed necessary, LCPS denies that it owes any additional relief to Plaintiff.

5. LCPS denies the allegations set forth in Paragraph 5 of the FAC, and in the referenced attachment.

6. LCPS denies the allegations set forth in the bullet point below Paragraph 5 of the FAC regarding "workplace fraud" and states that the Court dismissed this allegation with prejudice at [Doc. 32].

7. In Paragraph 6, Plaintiff requests a trial by jury. This request does not require a response. To the extent a response is deemed necessary, LCPS also requests a trial by jury for this case.

## SECOND DEFENSE: GENERAL DENIAL

All allegations in the Complaint not expressly admitted are denied.

## THIRD DEFENSE

The FAC fails to state claims upon which relief can be granted.

## FOURTH DEFENSE

Plaintiff failed to exhaust administrative remedies as to each named defendant and each claim for relief.

## FIFTH DEFENSE

LCPS had legitimate, non-discriminatory and non-retaliatory reasons for all actions taken in connection with Plaintiff's employment.

## SIXTH DEFENSE

LCPS exercised reasonable care in preventing and promptly correcting reports of sexual harassment.

## SEVENTH DEFENSE

Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by LCPS to avoid harm.

**EIGHTH DEFENSE**

Plaintiff's damages, if any, should be reduced to the extent that Plaintiff had reasonable means to mitigate Plaintiff's damages and failed to do so.

**NINTH DEFENSE**

LCPS does not knowingly nor intentionally waive any applicable defenses. LCPS reserves the right to assert additional defenses that it may discover during the proceedings of this matter and to which they may be entitled under the law, including case law, statutes, and rules, of the jurisdictions whose law may be found to apply to the claims asserted.

**DEMAND FOR JURY TRIAL**

LCPS hereby demands a trial by jury in this case as to all issues or claims for which a jury trial is allowed.

**THEREFORE,** LCPS respectfully requests that the First Amended Complaint against it be dismissed with prejudice, or, in the alternative, that it be awarded judgment in its favor with attorney's fees and costs.

Respectfully submitted,

SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.

By: ___*/s/ Kateri G. West – Electronically Signed*
Denise M. Chanez
Kateri G. West
Patrick Coronel
5600 Wyoming Blvd., NE, Suite 200
Albuquerque, New Mexico 87109
Telephone: (505) 340-3443
Facsimile: (505) 212-0035
E-Mail: dchanez@sclawnm.com
E-Mail: kwest@sclawnm.com
E-Mail: pcoronel@sclawnm.com

*Attorneys for Las Cruces Public Schools*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of November, 2025, a copy of the foregoing pleading was served on the following via the CM/ECF system to counsel of record and by electronic mail:

Stephanie Hanusa (formerly "Liu")
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com
stephaniehanusa@gmail.com


SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.


By: ___/s/ Kateri G. West_____
　　　　Kateri G. West