**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**STEPHANIE**
**HANUSA (fka LIU),**

**Plaintiff,** **Cause No. 2:24-cv-1269 SMD/KRS**

**v.**

**LAS CRUCES PUBLIC SCHOOLS,**

**Defendant.**

**LAS CRUCES PUBLIC SCHOOLS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Defendant Las Cruces Public Schools ("LCPS") hereby answers Plaintiff's Second Amended Complaint ("SAC") [Doc. 48] as follows:

**FIRST DEFENSE: ANSWER TO ALLEGATIONS**

1. Paragraph 1 states a legal conclusion to which no response is required. To the extent that a response is deemed necessary, LCPS denies that Plaintiff was discriminated against in violation of Title VII of the Civil Rights Act of 1964 and the New Mexico Human Rights Act on the basis of sex. LCPS denies the allegations set forth in Plaintiff's Civil Complaints, Exhibits A and B.

2. LCPS denies the allegations in Paragraph 2.

3. LCPS denies the allegations in Paragraph 3.

4. LCPS denies that Chenyu Liu is a proper defendant in the discrimination claims and denies Plaintiff's claims set forth at Paragraphs 1 and 2 of the SAC.

5. LCP denies the allegations in Paragraph 5. LCPS also denies that Superintendent Ignacio Ruiz is a proper defendant in Plaintiff's discrimination claims.

6. LCPS denies the allegations in Paragraph 6.

7. LCPS denies the allegations in Paragraph 7.

8. LCPS denies the allegations and legal conclusions set forth following Paragraph 7 and denies the allegations and legal conclusions set forth in Plaintiff's exhibits and Flash Drive contents.

**SECOND DEFENSE: GENERAL DENIAL**

All allegations in the Second Amended Complaint not expressly admitted are denied.

**THIRD DEFENSE**

The SAC fails to state claims upon which relief can be granted.

**FOURTH DEFENSE**

Plaintiff failed to exhaust administrative remedies as to each named Defendant and each claim for relief.

**FIFTH DEFENSE**

LCPS had legitimate, non-discriminatory and non-retaliatory reasons for all actions taken in connection with Plaintiff's employment.

**SIXTH DEFENSE**

LCPS exercised reasonable care in preventing and promptly correcting reports of sexual harassment.

**SEVENTH DEFENSE**

Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by LCPS to avoid harm.

**EIGHTH DEFENSE**

Plaintiff's damages, if any, should be reduced to the extent that Plaintiff had reasonable means to mitigate Plaintiff's damages and failed to do so.

**NINTH DEFENSE**

LCPS and its employees had legitimate non-discriminatory bases for any alleged acts or omissions in this case.

**TENTH DEFENSE**

LCPS does not knowingly nor intentionally waive any applicable defenses. LCPS reserves the right to assert additional defenses that it may discover during the proceedings of this matter and to which they may be entitled under the law, including case law, statutes, and rules, of the jurisdictions whose law may be found to apply to the claims asserted.

**DEMAND FOR JURY TRIAL**

LCPS hereby demands a trial by jury in this case as to all issues or claims for which a jury trial is allowed.

**THEREFORE,** LCPS respectfully requests that the Second Amended Complaint against LCPS be dismissed with prejudice, or, in the alternative, that LCPS be awarded judgment in its favor with attorney's fees and costs.

Respectfully submitted,

SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.

By: ___*/s/ Kateri G. West – Electronically Signed*

Denise M. Chanez
Kateri G. West
Patrick Coronel
5600 Wyoming Blvd., NE, Suite 200
Albuquerque, New Mexico 87109
Telephone: (505) 340-3443
Facsimile: (505) 212-0035
E-Mail: dchanez@sclawnm.com
E-Mail: kwest@sclawnm.com
E-Mail: pcoronel@sclawnm.com

*Attorneys for Las Cruces Public Schools*

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of October, 2026, a copy of the foregoing pleading was served on the following via the CM/ECF system to counsel of record and by electronic mail:

Stephanie Hanusa (formerly "Liu")
5190 Granite St.
Las Cruces, NM 88012
stephaniehanusaliu@gmail.com
stephaniehanusa@gmail.com

SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.

By: ___*/s/ Kateri G. West*_______________
Kateri G. West